IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

Nos. 21-4255

———————————

UNITED STATES OF AMERICA,

*Appellee*,

v.

JAVAID PERWAIZ,

*Appellant*.

———————————

Appeal from the United States District Court
for the Eastern District of Virginia
at Norfolk
*The Honorable Rebecca Beach Smith, Senior District Judge*

———————————

SUPPLEMENTAL JOINT APPENDIX – VOLUME I

(Pages 1-55)

———————————

Jessica D. Aber
United States Attorney

E. Rebecca Gantt
Elizabeth M. Yusi
Assistant United States Attorneys
101 West Main Street
8000 World Trade Center
Norfolk, Virginia 23510
(757) 441-6331

*Attorneys for the United States of America*

**Table of Contents**

**Page**

**Government's Trial Exhibits (GEX)**

GEX 58: 2017 Anthem Provider Application..............................................................1

GEX 59: 2019 Optima Provider Application ........................................................20

GEX 152A: Tax Fraud Indictment (1995)..............................................................45

Provider Name : Perwaiz  M.D., Javaid                    Provider CAQH ID : 10387784                    Attestation Date : 07/06/2017

CAQH Data Summary Date 8/21/2017
Perwaiz M.D., Javaid A Medical Doctor (MD)                                                       Last Reattestation Date: 7/6/2017 2:05:46 PM
CAQH Provider ID : 10387784

**PREPARE**

| | | | |
|---|---|---|---|
| Provider Type: | **Medical Doctor (MD)** | Practice Setting: | **Inpatient/Outpatient or Outpatient Only** |
| Primary Practice State: | **VA** | | |
| Other Practice State(s): | | | |

**PERSONAL INFORMATION**

Name

| | | | |
|---|---|---|---|
| First Name : | **Javaid** | Middle Name : | **A** |
| Last Name : | **Perwaiz M.D.** | Suffix : | |
| Have you used other names? | **No** | | |

Home Address

| | | | |
|---|---|---|---|
| Street 1 : | **340 MILL STONE RD** | Street 2 : | |
| City : | **CHESAPEAKE** | State : | **VA** |
| Country : | | Province : | |
| County : | | Zip Code : | **23322-4345** |

Mailing Address

| | | | |
|---|---|---|---|
| Is Mailing address and Home Address Same? | | | |
| Street 1 : | | Street 2 : | |
| City : | | State : | |
| Country : | | Province : | |
| County : | | Zip Code : | |

Primary Method of Contact

| | | | |
|---|---|---|---|
| Primary E-mail Address : | javaid@drperwaiz.com | Personal E-Mail Address : | |
| PMOC CC Email1 : | lstrong@drperwaiz.com | PMOC CC Email2 : | lstrong@drperwaiz.com |

Phone Numbers

| | | | |
|---|---|---|---|
| Home Phone : | | Personal Cell Phone : | |
| Personal Fax : | | | |

Personal Identification Numbers

| | | | |
|---|---|---|---|
| Social Security Number : | ████ | | |
| Foreign National Identification Number : | | FNIN Country of Issue : | |
| Do you have a Unique Physicians Identification Number (UPIN)? | **Yes** | UPIN : | **B05155** |
| Do you have an Individual (Type 1) National Provider Identifier (NPI)? | **Yes** | Individual NPI : | **1588611610** |

Demographics

| | | | |
|---|---|---|---|
| Gender : | **Male** | Race/Ethnicity : | |
| Birth Date : | **3/16/1950** | Birth City : | |
| Birth State : | | Birth Country : | |

Languages

| | |
|---|---|
| Non-English languages spoken by provider : | **Urdu** |

**PROFESSIONAL IDENTIFICATION NUMBERS**

Professional License

| | | | |
|---|---|---|---|
| License State : | **VA** | Do you currently practice in this state? | **Yes** |
| License Number : | **0101031919** | License Type : | |
| License Status : | **Active** | | |
| Issue Date : | **07/11/2011** | Expiration Date : | **03/31/2018** |

DEA Registration

| | | | |
|---|---|---|---|
| Do you have a DEA Registration Certificate? | **Yes** | | |
| DEA Number : | **AP1844287** | DEA State : | **VA** |
| Issue Date : | 03/2012 | Expiration Date : | 03/2018 |

Controlled Dangerous Substance (CDS) Registration

| | | | |
|---|---|---|---|
| Do you have a CDS Registration Certificate? | **No** | | |

Medicare

| | | | |
|---|---|---|---|
| Are you a participating Medicare provider? | **Yes** | | |
| Medicare Number : | **160000282** | State : | **VA** |

Medicaid

| | | | |
|---|---|---|---|
| Are you a participating Medicaid provider? | **Yes** | | |
| Medicaid Number : | **006289959** | State : | **VA** |

ECFMG

| | |
|---|---|
| Do you have a Educational Commission for Foreign Medical Graduates (ECFMG) Number? | **No** |

USMLE

| | | | |
|---|---|---|---|
| USMLE No. : | | Exam Date : | |

Workers Compensation Number

| | |
|---|---|
| Workers Compensation Number : | |

**EDUCATION**

| | | | |
|---|---|---|---|
| Graduate Type : | **Non US/Canada Graduate** | | |
| Professional School Information | | | |
| Country : | **Pakistan** | State : | |
| County : | | | |
| Professional School : | **Nishtar Medical College** | Street 1 : | **Nishtar Road** |

1

SA001

GOVERNMENT
EXHIBIT
58
2:19cr189

USCA4 Appeal: 21-4255    Doc: 86    Filed: 07/25/2023    Pg: 4 of 58

| | | | |
|---|---|---|---|
| Street1 : | | City : | **Multan** |
| Province : | **Punjab** | | |
| Zip Code : | **00000** | | |
| Phone Number : | | Fax Number : | |
| Degree : | **Doctor of Medicine (MD)** | | |
| Professional School Start Date : | **07/1968** | Professional School End Date : | **06/1973** |
| Area of Training / Course of Study / Major : | | | |
| Did you complete (or will you complete within the next 90 days) your professional education at this school? | **Yes** | Completion Date : | **06/30/1973** |

**Undergraduate Education**

| | | | |
|---|---|---|---|
| Country : | | State : | |
| School : | | Street 1 : | |
| Street 2 : | | City : | |
| Province : | | | |
| Zip Code : | | | |
| Phone Number : | | Fax Number : | |
| Degree : | | | |
| Start Date : | | End Date : | |
| Area of Training / Course of Study / Major : | | | |
| Did you complete your Undergraduate education at this school? | | | |
| Certificate Received/Awarded : | | | |

**TRAINING INFORMATION**

**Internship :**

Did you do any internships?    Yes

If your Residency information was migrated from UPD to CAQH ProView but appears on the Internship section, use the "Type" field to move data from the Internship to the Residency section.Select "Residency" from the type list and then click Save & Continue.

| | | | |
|---|---|---|---|
| Type : | **Internship** | | |
| Country : | **United States** | State : | **WV** |
| County : | | | |
| Institution/Hospital Name : | **Charleston Area Medical Center** | Affiliated University : | **West Virginia University School of Medicine** |
| Street1 : | **3200 MacCorkle Avenue** | Street2 : | |
| City : | **Charleston** | Province : | |
| Zip Code : | **25304** | Phone : | |
| Phone Extension : | | Fax Number : | |
| Email Address : | | Start Date : | **07/1976** |
| End Date : | **06/1980** | Type of Program : | |
| Department : | **OB/GYN** | | |
| Specialty : | | Name of Director : | |
| Did you complete (or will you complete within the next 90 days) the training program at this institution? | **No** | Please Explain : | |

**Residency :**

Did you participate in any residency programs?    Yes

Use the "Type" field to move data from the Residency section to the Internship section. Select "Internship" from the type list and then click Save & Continue.

| | | | |
|---|---|---|---|
| Type : | **Residency** | | |
| Country : | **United States** | State : | **WV** |
| County : | | | |
| Institution/Hospital Name : | **Charleston Area Medical Center (Charleston, WV)** | Affiliated University : | **West Virginia University** |
| Street1 : | **501 Morris Street** | Street2 : | |
| City : | **Charleston** | Province : | |
| Zip Code : | **25301** | Phone : | **304-348-5432** |
| Phone Extension : | | Fax Number : | |
| Email Address : | | Start Date : | **07/1976** |
| End Date : | **06/1980** | Type of Residency : | |
| Department : | **ob-gyn** | Specialty : | **Obstetrics & Gynecology, Gynecology** |
| Name of Director : | | | |
| Did you complete (or will you complete within the next 90 days) the training program at this institution? | **Yes** | Completion Date : | **6/30/1980** |
| Program Type : | **Straight** | | |

**SPECIALTY INFORMATION**

**Primary Specialty**

| | | | |
|---|---|---|---|
| Do you have any specialties? | **Yes** | | |
| Primary Specialty : | **Obstetrics & Gynecology** | | |
| Board Certified? | **Yes** | | |
| Name of Certifying Board : | **American Board of Obstetrics & Gynecology** | | |
| Country : | | State : | |
| County : | | | |
| Street 1 : | | Street 2 : | |
| City : | | Province : | |
| Zip Code : | | | |

**2**

Provider Name : Perwaiz , M.D , Javaid          Provider CAQH ID : I0387784                                    Attestation Date : 07/06/2017

| | | | |
|---|---|---|---|
| Initial Certification Date : | 11/3/1982 | Does your board certification have an expiration date? | No |
| Expiration Date : | | Last Recertification Date : | |
| Do you wish to be listed in the directory under this primary specialty? By HMO | **Yes** | | |
| Do you wish to be listed in the directory under this primary specialty? By PPO | **Yes** | | |
| Do you wish to be listed in the directory under this primary specialty? By POS | **Yes** | | |

**Secondary Specialty**

Do you have a Secondary Specialty?          **No**

---

**CERTIFICATION INFORMATION**

*** THERE IS NO DATA ON RECORD FOR THIS SECTION ***

---

**PRACTICE LOCATIONS**

**General Information :**

| | | | |
|---|---|---|---|
| Office Type : | Primary Practice | Providers's Start Date : | 7/6/1980 |
| Do you practice at this location?: | Yes, I practice at this location | | |
| Please Explain: | | | |
| Physician Group/Practice Name : | Javaid A Perwaiz, MD | Street 1 : | 3003 CHURCHLAND BLVD |
| CAQH Practice Location Number : | 6f9154fd-3e8d-e411-ab4d-0050569b3cf8 | Country : | United States |
| Street 2 : | | State : | VA |
| City : | CHESAPEAKE | Province : | |
| County : | | | |
| Zip Code : | 23321-5603 | Email Address : | drperwaiz@aol.com |
| Can general correspondence be sent to this location? | Yes | Practice Location Website | |

**Mailing Address :**

| | | | |
|---|---|---|---|
| Street1 : | | Street2 : | |
| City : | | State : | |
| County : | | Province : | |
| Country : | | Zip Code : | |
| Type of Practice : | Solo Practice | | |
| Do you have an organization (Type 2) NPI? : | No | | |
| Group Medicaid Number : | | Group Medicare Number : | |

**Phone Numbers :**

| | | | |
|---|---|---|---|
| Office Phone Number : | 757-483-6430 | Phone Extention : | |
| Fax Number : | 757-484-7259 | | |
| Back Office Phone Number : | 757-483-6430 | | |

**Phone Coverage :**

| | |
|---|---|
| Does this location provide 24hour/7day a week phone coverage?: | Yes |
| Phone Coverage Type : | Answering Service |

**Tax Information :**

| | | | |
|---|---|---|---|
| Practice Name as it appears on the W-9 : | | | |
| Tax ID : | 541206127 | Type of Tax ID : | Individual |
| Is this the primary Tax ID for this practice location? | Yes | | |
| Group Number : | | Group Name : | |

**Network Denial :**

Have you closed your practice to any plans or programs ?

**Office Hours :**

| | | | |
|---|---|---|---|
| Monday | | | |
| Start Time : | 9:00 AM | End Time : | 5:00 PM |
| Tuesday | | | |
| Start Time : | 9:00 AM | End Time : | 5:00 PM |
| Wednesday | | | |
| Start Time : | 9:00 AM | End Time : | 5:00 PM |
| Thursday | | | |
| Start Time : | 9:00 AM | End Time : | 5:00 PM |
| Friday | | | |
| Start Time : | 9:00 AM | End Time : | 5:00 PM |
| Saturday | | | |
| Start Time : | | End Time : | |
| Sunday | | | |
| Start Time : | | End Time : | |

**Patients :**

| | |
|---|---|
| Do you accept new patients into the practice? | Yes |
| Accept existing patients with change of payor? | Yes |
| Accept all new patients? | Yes |
| Accept new Medicare patients? | Yes |
| Accept new Medicaid patients? | Yes |
| Accept new patients from physician referral? | Yes |

Under what circumstances do you accept referrals? (i.e., letter from another physician, etc.

What questions should we ask a patient, to help determine the appropriateness of the

**3**

Provider Name : Perwaiz, M.D., Javaid    Provider CAQH ID : 10387784    Attestation Date : 07/06/2017

| | | | |
|---|---|---|---|
| referral ? | | | |
| Does this information vary by health plan ? | No | | |
| **Colleagues :** | | | |
| Do you have any Partners/Associate at this location ? | No | | |
| **Covering Colleagues :** | | | |
| First Name : | **Abraham** | Middle Name : | |
| Last Name : | **Anderson** | | |
| Specialty : | **Obstetrics & Gynecology** | | |
| Provider Type : | | | |
| **Mid-Level Practitioners :** | | | |
| Do you have any mid-level practitioners at this location? | No | | |
| **Office Manager or Business Staff Contact :** | | | |
| First Name : | **Lisa** | Last Name : | **Strong** |
| Middle Name : | **G** | Suffix : | |
| Phone Number : | **757-483-6430** | Fax Number : | **757-484-7259** |
| E-mail Address : | **lstrong@drperwaiz.com** | | |
| Is Office Manager Credentialing Contact : | | | |
| **Billing Contact :** | | | |
| Office Manager & Billing Contact are same ? | | | |
| First Name : | **Margo** | Middle Name : | |
| Last Name : | **Stone** | Street 1 : | **3003 Churchland Blvd** |
| Billing Company Name : | | | |
| Street 2 : | | City : | **Chesapeake** |
| State: | **VA** | Province : | |
| Country : | | Zip Code : | **23321** |
| Phone Number : | **757-483-6430** | Fax Number : | **757-484-7259** |
| E-mail Address : | **lstrong@drperwaiz.com** | | |
| **Payment and Remittance :** | | | |
| Billing department name : | | Check Payable to : | **Javaid A. Perwaiz, MD., PC** |
| Electronic billing capabilities ? | | | |
| Office Manager & Payee Contact are same ? | | | |
| First Name : | | Middle Name : | |
| Last Name : | | Street 1 : | |
| Street 2 : | | City : | |
| State: | | Province : | |
| Country : | | Zip Code : | |
| Phone Number : | | | |
| Fax Number : | | E-mail Address : | |
| **Practice Limitations and Patient Populations :** | | | |
| Are there any Practice Limitations ? | No | | |
| Gender Limitations : | Yes | Type : | **Female Only** |
| Are there any Age Limitations ? : | No | | |
| Other Limitations : | | | |
| **Accessibility :** | | | |
| Does this office meet ADA accessibility requirements ? | | Yes | |
| Does this office meet all state and local fire, safety and sanitation requirements? ? | | | |
| Does this office provide handicapped accessibility ? | | Yes | |
| Building Access : | Yes | | |
| Parking Access : | Yes | | |
| Restroom Access : | Yes | | |
| Wheelchair Access : | | | |
| Other Handicapped Access : | | | |
| Is this office accessible by public transportation ? | | | Yes |
| Bus Transportation: | Yes | | |
| Subway : | No | | |
| Train : | No | | |
| Other Transportation : | | | |
| Does this Location Provide Child Care Services? | | | |
| Does this office have other services for the disabled ? | | No | |
| Text Telephony (TTL) : | No | | |
| American Sign Language : | No | | |
| Mental/Physical Impairment Services : | | No | |
| Other Disability Services : | | | |
| **Services :** | | | |
| Does this location provide any of the following services: | | | |
| Laboratory Services? : | No | Accrediting/Certifying Program : | |
| Radiology Services : | No | | |
| X-Ray Certification Type : | | EKG Services? | No |
| Care of Minor Lacerations? | No | Pulmonary Function testing? | No |
| Allergy Injections : | No | Allergy Skin Testing : | No |
| Office Gynecology? | Yes | | |
| Drawing Blood? | Yes | | |
| Asthma Treatment? | No | Age Appropriate Immunizations? | No |
| Flexible Sigmoidoscopy? | No | Tympanometry/Audiometry Screening ? | No |
| Osteopathic Manipulation? | No | IV Hydration treatment? | No |

**4**

**SA004**

Provider Name : Perwaiz  M.D. Javaid          Provider CAQH ID : 10387784          Attestation Date : 07/06/2017

| | | |
|---|---|---|
| Cardiac Stress Test? | | Physical Therapy? | No |
| Is anesthesia administered in your office ? | No | What class/category of anesthesia is used ? | |
| Anesthesia Administered by First Name : | | Anesthesia Administered by Last Name : | |
| Other Services : | hysteroscopy, colposcopy,biopsies | | |
| Non-English language spoken by office personnel : | | Employee Type : | |
| Do you have any interpreters at this location? | No | | |

## HOSPITAL AFFILIATIONS

**General :**

| | |
|---|---|
| Do you have admitting privileges at one or more hospitals? | Yes |
| Do you have an admitting arrangement where another provider admits for you? | No |
| Do you have any non-admitting hospital affiliations? | No |

**Admitting Privileges :**

| | | | |
|---|---|---|---|
| **1.** Country : | United States | | |
| Hospital Name : | Chesapeake General Hospital | | |
| Street 1 : | 736 Battlefield Blvd North | Street 2 : | |
| City : | Chesapeake | | |
| Phone Number : | 757-312-8121 | Fax Number : | |
| Is this your primary hospital? | Yes | | |
| Admitting Privilege Status : | Active | | |
| Start Date : | | | |
| Admitting Privilege Type : | Full And Unrestricted | | |
| Of your total annual admissions, what percentage is to this hospital? : | 70 | | |
| Department : | | | |
| Contact First Name : | | Contact Middle Initial : | |
| Contact Last Name : | | | |
| **2.** Country : | United States | | |
| Hospital Name : | Maryview Medical Center | | |
| Street 1 : | 3636 High Street | Street 2 : | |
| City : | Portsmouth | | |
| Phone Number : | 757-398-2200 | Fax Number : | |
| Is this your primary hospital? : | No | | |
| Admitting Privilege Status : | Active | | |
| Start Date : | | | |
| Admitting Privilege Type : | Full And Unrestricted | | |
| Of your total annual admissions, what percentage is to this hospital? : | 30 | | |
| Department : | | | |
| Contact First Name : | | Contact Middle Initial : | |
| Contact Last Name : | | | |

## CREDENTIALING INFORMATION

| | | | |
|---|---|---|---|
| First Name : | Lisa | Middle Name : | G |
| Last Name : | Strong | Street 1 : | 3003 Churchland Blvd |
| Street 2 : | | City : | Chesapeake |
| State : | VA | Zip Code : | 23321 |
| Country : | | Province : | |
| Phone Number : | 757-483-6430 | Fax Number : | 757-484-7259 |
| Email Address : | lstrong@drperwaiz.com | | |
| Primary Credentialing Contact : | | | |
| Location Type : | | | |

## INSURANCE INFORMATION

| | | | |
|---|---|---|---|
| Are You Covered Under A Professional Liability Insurance Policy? | Yes | | |
| Policy Number : | 0069198 | | |
| Original Effective Date : | 08/01/2005 | | |
| Current Effective Date : | 08/01/2009 | | |
| Current Expiration Date : | 08/27/2017 | | |
| Carrier/Self Insured Name : | THE DOCTORS COMPANY | | |
| Street 1 : | P O BOX 52780 | Street 2 : | |
| City : | PHOENIX | Province : | |
| State : | AZ | Country : | United States |
| Zip Code : | 85072 | Phone Number : | |
| Phone Extension : | | Fax Number : | |
| Do you have unlimited coverage with this insurance carrier? | No | | |
| Type of coverage : | | | |
| Amount of coverage per occurrence : | $2,000,000.00 | Amount of coverage aggregate : | $6,000,000.00 |
| If you have changed your coverage within the last ten years, did you purchase tail and/or nose (prior occurrence/acts) coverage? | | | |
| Individual Coverage : | Yes | | |
| Self-Insured? | No | | |
| Policy Number : | 00000 | | |
| Original Effective Date : | | | |
| Current Effective Date : | 05/01/2005 | | |
| Current Expiration Date : | 08/27/2017 | | |

**5**

Provider Name : Perwaiz , M.D , Javaid                    Provider CAQH ID : 10387784                    Attestation Date : 07/06/2017

| | | | |
|---|---|---|---|
| Carrier/Self Insured Name : | **Federal Tort Claims Act** | | |
| Street 1 : | **227 Hamburg Turnpike** | Street 2 : | |
| City : | **Pompton Lakes** | Province : | |
| State : | **NJ** | Country : | **United States** |
| Zip Code : | **07442** | Phone Number : | **866-382-2435** |
| Phone Extension : | | Fax Number : | |
| Do you have unlimited coverage with this insurance carrier? | **No** | | |
| Type of coverage : | | | |
| Amount of coverage per occurrence : | **$1,800,000.00** | Amount of coverage aggregate : | **$5,400,000.00** |
| If you have changed your coverage within the last ten years, did you purchase tail and/or nose (prior occurrence/acts) coverage? | | | |
| Individual Coverage : | **No** | | |
| Self-Insured? | **Yes** | | |
| Policy Number : | **0069198** | | |
| Original Effective Date : | **08/01/2005** | | |
| Current Effective Date : | **08/27/2016** | | |
| Current Expiration Date : | **08/27/2017** | | |
| Carrier/Self Insured Name : | **THE DOCTORS COMPANY** | | |
| Street 1 : | **P O BOX 52780** | Street 2 : | |
| City : | **PHOENIX** | Province : | |
| State : | **AZ** | Country : | **United States** |
| Zip Code : | **85072** | Phone Number : | |
| Phone Extension : | | Fax Number : | |
| Do you have unlimited coverage with this insurance carrier? | **No** | | |
| Type of coverage : | | | |
| Amount of coverage per occurrence : | **$2,000,000.00** | Amount of coverage aggregate : | **$6,000,000.00** |
| If you have changed your coverage within the last ten years, did you purchase tail and/or nose (prior occurrence/acts) coverage? | | | |
| Individual Coverage : | **Yes** | | |
| Self-Insured? | **No** | | |

## WORK HISTORY INFORMATION

**Employment Information Record**

| | | | |
|---|---|---|---|
| Practice/Employer Name : | **Javaid A. Perwaiz, MD., PC** | Department : | |
| Street 1 : | **3003 Churchland Blvd** | Street 2 : | |
| Country : | **United States** | | |
| City : | **Chesapeake** | State : | **VA** |
| Province : | | Zip Code : | **23321** |
| Phone Number : | | Phone Extension : | |
| Fax Number : | | | |
| Start Date : | **07/1980** | | |
| Is this your current employer? | **Yes** | | |
| Military : | | | |
| Are you currently on active military duty? | **No** | Are you currently in the Reserves or National Guard? | |

## REFERENCES INFORMATION

| | | | |
|---|---|---|---|
| Provider Type : | **Medical Doctor (MD)** | | |
| First Name : | **Abraham** | | |
| Last Name : | **Anderson** | | |
| Street 1 : | **2810 Tidewater Drive** | Street 2 : | |
| City: | **Norfolk** | State : | **VA** |
| Province : | | Zip Code : | **23509** |
| Country : | **United States** | Email Address : | |
| Phone Number : | | | |
| Fax Number : | | | |
| Provider Type : | **Medical Doctor (MD)** | | |
| First Name : | **Olugbenga** | | |
| Last Name : | **Oredein** | | |
| Street 1 : | **112 Gainsborough Sq** | Street 2 : | **Suite 101** |
| City: | **Chesapeake** | State : | **VA** |
| Province : | | Zip Code : | **23320** |
| Country : | **United States** | Email Address : | |
| Phone Number : | | | |
| Fax Number : | | | |
| Provider Type : | **Medical Doctor (MD)** | | |
| First Name : | **John** | | |
| Last Name : | **Lee** | | |
| Street 1 : | **637 Kingsborough Square** | Street 2 : | **Suite C** |
| City: | **Chesapeake** | State : | **VA** |
| Province : | | Zip Code : | **23320** |
| Country : | **United States** | Email Address : | |
| Phone Number : | | | |
| Fax Number : | | | |

## DISCLOSURE INFORMATION

CAQH :

**Licensure :**

1. Has your license, registration or certification to practice in your profession ever been voluntarily or involuntarily relinquished, denied, suspended, revoked, restricted, or have you ever been subject to a fine, reprimand, consent order, probation or any conditions or limitations by any state or professional licensing, registration or certification board?     **Yes**

If Yes, please provide an explanation below :     **My license was suspended from April 1996 through August 1996 for federal tax issues.. See explanation in block 1**

2. Has there been any challenge to your licensure, registration or certification?     **Yes**

If Yes, please provide an explanation below :     **See explanation in block 1**

**Hospital Privileges and Other Affiliations :**

3. Have your clinical privileges or medical staff membership at any hospital or healthcare institution, voluntarily or involuntarily, ever been denied, suspended, revoked, restricted, denied renewal or subject to probationary or to other disciplinary conditions (for reasons other than non-completion of medical record when quality of care was not adversely affected) or have proceedings toward any of those ends been instituted or recommended by any hospital or healthcare institution, medical staff or committee, or governing board?     **Yes**

If Yes, please provide an explanation below :     **During the time my license was suspended, so were my hospital privileges. As of August 16, 1996 my priveleges in all hospitals were fully and unconditionally reinstated.**

4. Have you voluntarily or involuntarily surrendered, limited your privileges or not reapplied for privileges while under investigation?     **No**

5. Have you ever been terminated for cause or not renewed for cause from participation, or been subject to any disciplinary action, by any managed care organizations (including HMOs, PPOs, or provider organizations such as IPAs, PHOs)?     **Yes**

If Yes, please provide an explanation below :     **Please see explanation in block 1. Since then all third party payors have accepted me in their network without any conditions or restrictions.**

**Education, Training and Board Certification :**

6. Were you ever placed on probation, disciplined, formally reprimanded, suspended or asked to resign during an internship, residency, fellowship, preceptorship or other clinical education program? If you are currently in a training program, have you been placed on probation, disciplined, formally reprimanded, suspended or asked to resign?     **No**

7. Have you ever, while under investigation or to avoid an investigation, voluntarily withdrawn or prematurely terminated your status as a student or employee in any internship, residency, fellowship, preceptorship, or other clinical education program?     **No**

8. Have any of your board certifications or eligibility ever been revoked?     **No**

9. Have you ever chosen not to re-certify or voluntarily surrendered your board certification(s) while under investigation?     **No**

**DEA or CDS :**

10. Have your Federal DEA and/or State Controlled Dangerous Substances (CDS) certificate(s) or authorization(s) ever been challenged, denied, suspended, revoked, restricted, denied renewal, or voluntarily or involuntarily relinquished?     **No**

**Medicare, Medicaid or other Governmental Program Participation :**

11. Have you ever been disciplined, excluded from, debarred, suspended, reprimanded, sanctioned, censured, disqualified or otherwise restricted in regard to participation in the Medicare or Medicaid program, or in regard to other federal or state governmental health care plans or programs?     **No**

**Other Sanctions or Investigations :**

12. Are you currently the subject of an investigation by any hospital, licensing authority, DEA or CDS authorizing entities, education or training program, Medicare or Medicaid program, or any other private, federal or state health program or a defendant in any civil action that is reasonably related to your qualifications, competence, functions, or duties as a medical professional for alleged fraud, act of violence, child abuse or a sexual offence or sexual misconduct?     **No**

13. To your knowledge, has information pertaining to you ever been reported to the National Practitioner Data Bank or Healthcare Integrity and Protection Data Bank?     **Yes**

If Yes, please provide an explanation below :     **Events related to the tax issue as stated in block 1**

14. Have you ever received sanctions from or are you currently the subject of investigation by any regulatory agencies (e.g., CLIA, OSHA, etc.)?     **No**

15. Have you ever been convicted of, pled guilty to, pled nolo contendere to, sanctioned, reprimanded, restricted, disciplined or resigned in exchange for no investigation or adverse action within the last ten years for sexual harassment or other illegal misconduct?     **No**

16. Are you currently being investigated or have you ever been sanctioned, reprimanded, or cautioned by a military hospital, facility, or agency, or voluntarily terminated or resigned while under investigation or in exchange for no investigation by a hospital or healthcare facility of any military agency?     **No**

**Professional Liability Insurance Information and Claims History :**

17. Has your professional liability coverage ever been cancelled, restricted, declined or not renewed by the carrier based on your individual liability history?     **No**

18. Have you ever been assessed a surcharge, or rated in a high-risk class for your specialty, by your professional liability insurance carrier, based on your individual liability history?     **No**

**Malpractice Claims History :**

19. Have you ever had any professional liability actions (pending, settled, arbitrated, mediated or litigated) within the past 10 years? If yes, provide information for each case.     **Yes**

Malpractice Case Entry

| | | | |
|---|---|---|---|
| Date of Occurrence : | **2/23/1996** | Date Claim Filed : | **6/1/1999** |
| Claim Settlement Date, if applicable : | | | |
| Claim Status : | **Closed** | | |
| Insurance Carrier Name : | **Virginia Insurance Recipricol 02231996** | Street 1 : | **P O Box 4880** |
| Street 2 : | | City : | **Glen Allen** |
| State : | **VA** | ZIP Code : | **23058** |
| Phone Number : | **(804) 270-5800** | Policy Number : | **DPL0162898** |
| Settlement Amount : | **$725,000.00** | | |
| Resolution Method : | **Settled** | Description of Allegations : | **A baby delivered developed a variant of cerebral palsy. I was codefendant along with Portsmouth General Hospital and two nurses who were later dropped because they were participants in VA Birth Related Neurologic Injury Fund.** |
| Were you the primary defendant : | **Yes** | Number of Co-defendants : | **3** |
| Your involvement in the case : | **I provided prenatal and intrapartum care** | Description of alleged injury to patient : | **Baby delivered with forceps developed a variant of cerebral palsy.** |
| Did the alleged injury result in death : | | To the best of your knowledge, is this case included in the National Practitioner Data Bank (NPDB) : | **Yes** |

Malpractice Case Entry

| | | | |
|---|---|---|---|
| Date of Occurrence : | **6/23/2007** | Date Claim Filed : | **5/15/2009** |

Provider Name : Perwaiz, M.D., Javaid      Provider CAQH ID : 10387784      Attestation Date : 07/06/2017

| | | | |
|---|---|---|---|
| Claim Settlement Date, if applicable : | 10/20/2011 | | |
| Claim Status : | Closed | | |
| Insurance Carrier Name : | The Doctor's Company | Street 1 : | 185 Greenwood Rd |
| Street 2 : | | City : | Napa |
| State : | CA | ZIP Code : | 94558 |
| Phone Number : | (877) 226-9357 | Policy Number : | 0069198 |
| Settlement Amount : | $45,000.00 | Description of Allegations : | **Urinary bladder perforation after abdominal Hysterectomy** |
| Resolution Method : | Settled | | |
| Were you the primary defendant : | Yes | Number of Co-defendants : | 1 |
| Your involvement in the case : | Primary surgeon | Description of alleged injury to patient : | **Patient with previous C-Section underwent abdominal Hysterectomy and Lysis of Adhesions after which she was readmitted and diagnosed urinary bladder injury which was repaired.** |
| Did the alleged injury result in death: | No | To the best of your knowledge, is this case included in the National Practitioner Data Bank (NPDB) : | Yes |

**Criminal/Civil History :**

| | |
|---|---|
| 20. Have you ever been convicted of, pled guilty to, or pled nolo contendere to any felony? | **No** |
| 21. In the past ten years have you been convicted of, pled guilty to, or pled nolo contendere to any misdemeanor (excluding minor traffic violations) or been found liable or responsible for any civil offense that is reasonably related to your qualifications, competence, functions, or duties as a medical professional, or for fraud, an act of violence, child abuse or a sexual offence or sexual misconduct? | **Yes** |
| If Yes, please provide an explanation below :      **See explanation in block 1** | |
| 22. Have you ever been court-martialed for actions related to your duties as a medical professional? | **No** |

**Ability to Perform Job :**

| | |
|---|---|
| 23. Are you currently engaged in the illegal use of drugs? (Currently means sufficiently recent to justify a reasonable belief that the use of drug may have an ongoing impact on one's ability to practice medicine. It is not limited to the day of, or within a matter of days or weeks before the date of application, rather that it has occurred recently enough to indicate the individual is actively engaged in such conduct. Illegal use of drugs refers to drugs whose possession or distribution is unlawful under the Controlled Substances Act, 21 U.S.C. 812.22. It does not include the use of a drug taken under supervision by a licensed health care professional, or other uses authorized by the controlled Substances Act or other provision of Federal law. The term does include, however, the unlawful use of prescription controlled substances.) | **No** |
| 24. Do you use any chemical substances that would in any way impair or limit your ability to practice medicine and perform the functions of your job with reasonable skill and safety? | **No** |
| 25. Do you have any reason to believe that you would pose a risk to the safety or well being of your patients? | **No** |
| 26. Are you unable to perform the essential functions of a practitioner in your area of practice even with reasonable accommodation? | **No** |



**THE DOCTORS COMPANY**

| **CERTIFICATE OF INSURANCE** | Issue Date: 07/13/2016 |
|---|---|
| Effective Date: 08/27/2016 | A Claims-Made Professional Liability Policy |

| First Named Insured: | IMPORTANT NOTICE: This document is issued as |
|---|---|
| **Javaid A Perwaiz MD**<br>**3003 Churchland Boulevard**<br>**Chesapeake, VA 23321** | a matter of information and does not confer rights to any recipient. This document is not binding, is not part of the Policy described below, and does not change or extend the coverage provided by that Policy. |

Insured:    **Javaid A Perwaiz MD**

Specialty: **OBG00A    Obstetrics & Gynecology-All Other**

| Policy Number: | Policy Period: | | |
|---|---|---|---|
| **0069198** | **From: 08/27/2016** | **To:** | **08/27/2017** |
| Retroactive Date: | Departure Period: | | |
| **08/27/1987** | **From: N/A** | **To:** | **N/A** |

| The Insured above is:<br>☒ A Named Insured<br>☐ A Locum Tenens<br>☐ An Additional Insured | Agency and Address:<br>**Professional Risk Associates, Inc.**<br>**2909 Polo Parkway, Suite 100**<br>**Midlothian, VA 23113**<br>**(800) 318-9930** |
|---|---|

| **LIMITS OF LIABILITY** | |
|---|---|
| Claim Limit: | $2,300,000 |
| Aggregate Limit: | $6,900,000 |

I.   Locum Tenens and Additional Insureds share Limits of Liability with the applicable Named Insured.

II.  Individuals who occupy a "slot" share Limits of Liability with all others who occupy the same "slot" during the Policy Period.

III. Photocopies of this document are deemed as valid as the original.

IV.  The Policy, including Endorsements, determines the coverage provided. Some Claims may not be covered by the terms of the Policy, or may be subject to restrictions such as lower Limits of Liability.

V.   If the Policy, or coverage for any person, is canceled for any reason or if the terms of the Policy are changed, we will notify the First Named Insured (and any additional Named Insureds as required by applicable state law). Coverage is not in effect unless and until all payments are received when due.

VI.  If a Departure Period is indicated, the Policy will not respond to Probable Claim Events arising from Professional Services Incidents or Review Incidents that take place during the designated period; however, the Policy will respond if we receive a Claim Report during this period.

MPL003 (04/15)        400            Page 1    of 1            MC02003    14821220 - 00            Insured

185 Greenwood Road : P.O. Box 2900 : Napa, CA 94558-0900 : (707)226-0100 : (800)421-2368 : www.thedoctors.com

08/11/2011 04:42 FAX 7574847259

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH PROFESSIONS
*Sandra Whitley Ryals, Director*

William L. Harp, MD
Executive Director
(804) 367-4500

### BOARD OF MEDICINE

### License to Practice
#### Medicine & Surgery

### JAVAID PERWAIZ, MD

| Issued | Expires | Number |
|---|---|---|
| 04/17/1980 | 03/31/2012 | 0101031919 |

To Provide Information or File a
Complaint About a Licensee, Call: 1-800-533-1560





COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH PROFESSIONS
*Dianne D. Reynolds-Cane, MD, Director*

William L. Harp, MD
Executive Director
(804) 367-4600

9960 Mayland Drive, Suite 300
Richmond, Va. 23233-1463
www.dhp.virginia.gov/medicine

BOARD OF MEDICINE

License to Practice
Medicine & Surgery

JAVAID PERWAIZ, MD

Issued
04/17/1980

Expires
03/31/2014

Number
0101031919

For Provider Information or to File a
Complaint about a License Call 1-800-533-1560

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AP1844287 | 03-31-2012 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | PRACTITIONER | 03-26-2009 |

PERWAIZ, JAVAID A MD
3003 CHURCHLAND BLVD
CHESAPEAKE, VA. 23321-0000

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
**WASHINGTON D.C. 20537**

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
**WASHINGTON D.C. 20537**

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AP1844287 | 03-31-2012 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | PRACTITIONER | 03-26-2009 |

PERWAIZ, JAVAID A MD
3003 CHURCHLAND BLVD
CHESAPEAKE, VA  23321-0000

Form DEA-223 (4/07)

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Attestation Date : 07/06/2017

Pg: 16 of 58

Provided: 04/18/2023
Filed: 07/25/2023

Doc: 86

Provider Name : Perwaiz, M.D. Javaid
USCA4 Appeal: 21-4255

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AP1544257 | 03-31-2015 | $551 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 03-28-2012 |

PERWAIZ, JAVAID A MD
3003 CHURCHLAND BLVD
CHESAPEAKE, VA 23321

Form DEA-223 (0501)

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970 as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Attestation Date : 07/06/2017

Provider Name: Perwaiz, M.D., Javaid

USCA4 Appeal: 21-4255    Filed: 07/25/2023    Pg: 17 of 58    Doc: 86

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AP1844287 | 03-31-2015 | $551 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 03-28-2012 |

PERWAIZ, JAVAID A MD
3003 CHURCHLAND BLVD
CHESAPEAKE, VA 23321

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the
Controlled Substances Act of 1970, as amended, provide
that the Attorney General may revoke or suspend a
registration to manufacture, distribute, dispense, import or
export a controlled substance.

Form DEA-223 (6504)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID
AFTER THE EXPIRATION DATE.

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Name
JAVAID A. PERWAIZ, M.D., P.O.

Business name, if different from above

Check appropriate box: ☐ Individual/ Sole proprietor   ☑ Corporation   ☐ Partnership   ☐ Other ▶ ............   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
3003 Churchland Blvd.

Requester's name and address (optional)

City, state, and ZIP code
Chesapeake, VA 23321

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Social security number

or

Employer identification number
5 4 1 2 0 6 1 2 7

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here
Signature of U.S. person ▶  *Javaid A Perwaiz mb*    Date ▶ 4·8·04

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X

Form **W-9** (Rev. 1-2003)

47    (Policy Provisions: WC 00 00 00 A)
36
GQ    **INFORMATION PAGE**
WEC    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

**INSURER:** TWIN CITY FIRE INSURANCE COMPANY

      HARTFORD PLAZA, HARTFORD, CONNECTICUT 06115

    **NCCI Company Number:**   14974

    **Company Code:** 7


THE HARTFORD

| | Suffix | |
|---|---|---|
| | LARS | RENEWAL |

**POLICY NUMBER:**    14 WEC GQ3647
**Previous Policy Number:**    14 WEC GQ3647    |    04

              HOUSING CODE: DV

1. **Named Insured and Mailing Address:** JAVAID A PERWAIZ M.D., P.C.
   (No., Street, Town, State, Zip Code)

                    3003 CHURCHLAND BLVD
   **FEIN Number:** 541206127    CHESAPEAKE, VA 23321

   **State Identification Number(s):**

   **The Named Insured is:** CORPORATION
   **Business of Named Insured:** DOCTOR
   **Other workplaces not shown above:** 3003 CHURCHLAND BLVD    CHESAPEAKE, VA 23321

2. **Policy Period:**    **From** 08/27/05    **To**    08/27/06
          12:01 a.m., Standard time at the insured's mailing address.

   **Producer's Name:** USI INSURANCE SERVICES/PHS

              P. O. BOX 29611
              CHARLOTTE, NC 28229
   **Producer's Code:** 731875

   **Issuing Office:**    THE HARTFORD
              8711 UNIVERSITY EAST DRIVE
              CHARLOTTE    NC 28213
              (866) 467-8730

**Total Estimated Annual Premium:**    $594
       **Deposit Premium:**
   **Policy Minimum Premium:**    $246 VA

**Audit Period:** ANNUAL    **Installment Term:**
The policy is not binding unless countersigned by our authorized representative.

                        *Margie K. Ape*
                     Authorized Representative

**Form WC 00 00 01 A**    (1)  Printed in U.S.A.    **Page 1** (Continued on next page)
**Process Date:** 07/16/05    **Policy Expiration Date:** 08/27/06

# Standard Authorization, Attestation and Release

(Not for Use for Employment Purposes)

I understand and agree that, as part of the credentialing application process for participation, membership and/or clinical privileges (hereinafter, referred to as "Participation") at or with each healthcare organization indicated on the "List of Authorized Organizations" that accompanies this Provider Application (hereinafter, each healthcare organization on the "List of Authorized Organizations" is individually referred to as the "Entity", and any of the Entity's affiliated entities, I am required to provide sufficient and accurate information for a proper evaluation of my current licensure, relevant training and/or experience, clinical competence, health status, character, ethics, and any other criteria used by the Entity for determining initial and ongoing eligibility for Participation. Each Entity and its representatives, employees, and agent(s) acknowledge that the information obtained relating to the application process will be held confidential to the extent permitted by law.

I acknowledge that each Entity has its own criteria for acceptance, and I may be accepted or rejected by each independently. I further acknowledge and understand that my cooperation in obtaining information and my consent to the release of information do not guarantee that any Entity will grant me clinical privileges or contract with me as a provider of services. I understand that my Application for Participation with the Entity is not an application for employment with the Entity and that acceptance of my application by the Entity will not result in my employment by the Entity.

**Authorization of Investigation Concerning Application for Participation.** I authorize the following individuals including, without limitation, the Entity, its representatives, employees, and/or designated agent(s); the Entity's affiliated entities and their representatives, employees, and/or designated agents; and the Entity's designated professional credentials verification organization (collectively referred to as "Agents"), to investigate information, which includes both oral and written statements, records, and documents, concerning my application for Participation. I agree to allow the Entity and/or its Agent(s) to inspect and copy all records and documents relating to such an investigation.

**Authorization of Third-Party Sources to Release Information Concerning Application for Participation.** I authorize any third party, including, but not limited to, individuals, agencies, medical groups responsible for credentials verification, corporations, companies, employers, former employers, hospitals, health plans, health maintenance organizations, managed care organizations, law enforcement or licensing agencies, insurance companies, educational and other institutions, military services, medical credentialing and accreditation agencies, professional medical societies, the Federation of State Medical Boards, the National Practitioner Data Bank, and the Health Care Integrity and Protection Data Bank, to release to the Entity and/or its Agent(s), information, including otherwise privileged or confidential information, concerning my professional qualifications, credentials, clinical competence, quality assurance and utilization data, character, mental condition, physical condition, alcohol or chemical dependency diagnosis and treatment, ethics, behavior, or any other matter reasonably having a bearing on my qualifications for Participation in, or with, the Entity. I authorize my current and past professional liability carrier(s) to release my history of claims that have been made and/or are currently pending against me. I specifically waive written notice from any entities and individuals who provide information based upon this Authorization, Attestation and Release.

**Authorization of Release and Exchange of Disciplinary Information.** I hereby further authorize any third party at which I currently have Participation or had Participation and/or each third party's agents to release "Disciplinary Information," as defined below, to the Entity and/or its Agent(s). I hereby further authorize the Agent(s) to release Disciplinary Information about any disciplinary action taken against me to its participating Entities at which I have Participation, and as may be otherwise required by law. As used herein, "Disciplinary Information" means information concerning (i) any action taken by such health care organizations, their administrators, or their medical or other committees to revoke, deny, suspend, restrict, or condition my Participation or impose a corrective action plan; (ii) any other disciplinary action involving me, including, but not limited to, discipline in the employment context; or (iii) my resignation prior to the conclusion of any disciplinary proceedings or prior to the commencement of formal charges, but after I have knowledge that such formal charges were being (or are being) contemplated and/or formal charges (or are in) preparation.

**Release from Liability.** I release from all liability and hold harmless any Entity, its Agent(s), and any other third party for their acts performed in good faith and without malice unless such acts are due to the gross negligence or willful misconduct of the Entity, its Agent(s), or other third party in connection with the gathering, release and exchange of, and reliance upon, information in accordance with this Authorization, Attestation and Release. I further agree not to sue any Entity, any Agent(s), or any other third party for their acts, defamation or any other claims based on statements made in good faith and without malice or misconduct of such Entity, Agent(s) or third party in connection with the credentialing process. This release shall be in addition to, and in no way shall limit, any other applicable immunities provided by law for peer review and credentialing activities. In this Authorization, Attestation and Release, all references to the Entity, its Agent(s), and/or other third party include their respective employees, directors, officers, advisors, counsel, and agents. The Entity or any of its affiliates or agents retains the right to allow access to the application information for purposes of a credentialing audit to customers and/or their auditors to the extent required in connection with an audit of the credentialing processes and provided that the customer and/or their auditor executes an appropriate confidentiality agreement. I understand and agree that this Authorization, Attestation and Release is irrevocable for any period during which I am an applicant for Participation at an Entity, a member of an Entity's medical or health care staff, or a participating provider of an Entity. I agree to execute another form of consent if law or regulation limits the application of this irrevocable authorization. I understand that my failure to promptly provide another consent may be grounds for termination or discipline by the Entity in accordance with the applicable bylaws, rules, and regulations, and requirements of the Entity, or grounds for my termination of Participation at or with the Entity. I agree that information obtained in accordance with the provisions of this Authorization, Attestation and Release is not and will not be a violation of my privacy.

I certify that all information provided by me in my application is current, true, correct, accurate and complete to the best of my knowledge and belief, and is furnished in good faith. I will notify the Entity and/or its Agent(s) within 10 days of any material changes to the information (including any changes/challenges to licenses, DEA, insurance, malpractice claims, NPDB/HIPDB reports, discipline, criminal convictions, etc.) I have provided in my application or authorized to be released pursuant to the credentialing process. I understand that corrections to the application are permitted at any time prior to a determination of Participation by the Entity, and must be submitted online or in writing, and must be dated and signed by me (may be a written or an electronic signature). I acknowledge that the Entity will not process an application until they deem it to be a complete application and that I am responsible to provide a complete application and to produce adequate and timely information for resolving questions that arise in the application process. I understand and agree that any material misstatement or omission in the application may constitute grounds for withdrawal of the application from consideration; denial or revocation of Participation; and/or immediate suspension or termination of Participation. This action may be disclosed to the Entity and/or its Agent(s). I further acknowledge that I have read and understand the foregoing Authorization, Attestation and Release and that I have access to the bylaws of applicable medical staff organizations and agree to abide by these bylaws, rules and regulations. I understand and agree that a facsimile or photocopy of this Authorization, Attestation and Release shall be as effective as the original.

Signature*

Name (print)*  JAVAID A. PERWAIZ, M.D

DATE SIGNED*  02-23-9006



## CERTIFICATE OF INSURANCE

| | |
|---|---|
| **CERTIFICATE OF INSURANCE** | Issue Date: **07/08/2015** |
| Effective Date: **08/27/2015** | **A Claims-Made Professional Liability Policy** |
| First Named Insured:<br>**Javaid A Perwaiz MD**<br>**3003 Churchland Blvd**<br>**Chesapeake, VA 23321** | **IMPORTANT NOTICE:** This document demonstrates coverage in force on the Effective Date listed. It is issued as a matter of information and does not confer rights to any recipient. This document is not binding, is not part of the Policy described below, and does not change or extend the coverage provided by that Policy. |

| | |
|---|---|
| Protected Party: **Javaid A Perwaiz MD** | |
| Specialty: **OBG00A    Obstetrics & Gynecology-All Other** | |
| Policy Number:<br>**0069198** | Policy Period:<br>**From: 08/27/2015        To:  08/27/2016** |
| Retroactive Date:<br>**08/27/1987** | Departure Period:<br>**From: N/A        To:  N/A** |
| The Protected Party above is:<br>[X] A Named Insured<br>[ ] A Locum Tenens<br>[ ] An Additional Protected Party | Agency and Address:<br>**Professional Risk Associates, Inc.**<br>**2909 Polo Parkway, Suite 100**<br>**Midlothian, VA 23113**<br>**(800) 318-9930** |

### LIMITS OF LIABILITY

| | |
|---|---|
| Claim Limit: | **$2,250,000** |
| Aggregate Limit: | **$6,750,000** |

I.  Locum Tenens and Additional Protected Parties share Limits of Liability with the applicable Named Insured.

II. Individuals who occupy a "slot" share Limits of Liability with all others who occupy the same "slot" during the Policy Period.

III. Photocopies of this document are deemed as valid as the original.

IV. The policy, including endorsements, determines the coverage provided. Some claims may not be covered by the terms of the policy, or may be subject to restrictions such as lower Limits of Liability.

V.  If the policy, or coverage for any person, is canceled for any reason or if the terms of the policy are changed, we will notify the First Named Insured only. Coverage is not in effect unless and until all payments are received when due.

VI. If a departure period is indicated, the policy will not respond to Probable Claim Events arising from Professional Services Incidents or Review Incidents that take place during the designated period; however, the policy will respond if we receive a claim report during this period.

MC003    11601144 - 00              Insured

USCA4 Appeal: 21-4253      Doc: 86      Filed: 07/25/2023      Pg: 22 of 58

# Provider Application

| CORRECT NUMBERS AND LETTERS | A | B | C | 1 | 2 | 3 | CORRECT MARK | X | INCORRECT MARKS | | | CAQH AUTOMATICALLY APPLIES MIXED-CASE FORMATTING, COMMON ABBREVIATIONS, AND ZIP CODE MATCHING. PLEASE MAKE CORRECTIONS ONLINE OR CALL THE HELP DESK. |

| **Instructions** | Tips to avoid processing delays |
|---|---|
| Read all instructions carefully prior to submitting your application. | 1. Complete only this application and its supplemental forms. **Do not use another provider's application.** <br> 2. Use a blue or black ink ball-point pen only. Do not use a pencil or a felt-tip pen. <br> 3. Print legibly and inside the boxes provided based upon the examples given above. <br> 4. Do not enter more than 1 character per box.  If necessary, write outside the provided spaces. <br> 5. Complete all sections that are applicable to you. <br> 6. Some fields use "codes" to help you easily report information (e.g., schools, languages). Code lists are found on pages 36 - 43. |

**NOTE:** Fields with asterisks (*) indicate that a response is required. All other fields will be considered not applicable if left blank.

## SECTION 1 — Personal Information and Professional IDs

**Provider Type**

Code list is found on page 36. Enter the associated 3-digit code in the space provided.*

☐ YES   ☐ NO

DO YOU PRACTICE EXCLUSIVELY WITHIN THE INPATIENT SETTING?* (E.G. PATHOLOGISTS, ANESTHESIOLOGISTS, ER PHYSICIANS, NURSE PRACTITIONER, RADIOLOGISTS, PHYSICIAN ASSISTANT, ETC.)

### Name

Do not use nicknames or initials, unless they are part of your legal name.

LAST NAME*                                                                 SUFFIX (JR, III)

FIRST NAME*                                          MIDDLE NAME

HAVE YOU EVER USED ANOTHER NAME?*  ☐ YES   ☐ NO   IF YES, PLEASE LIST ALL OTHER NAMES USED AND THEIR DATES OF USE BELOW.

OTHER LAST NAME                                                            SUFFIX (JR, III)

OTHER FIRST NAME                                     OTHER MIDDLE NAME

DATE STARTED USING OTHER NAME          DATE STOPPED USING OTHER NAME

### General Information

Only enter a Foreign National Identification Number if you do not have a SSN. Do not enter National Provider Identification (NPI) Number here.

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

GENDER*  ☐ MALE   ☐ FEMALE   DATE OF BIRTH*

CITY OF BIRTH                                        STATE OF BIRTH   COUNTRY OF BIRTH

SSN* ▮▮▮▮▮▮▮▮▮

FOREIGN NATIONAL IDENTIFICATION NUMBER (FNIN)        FNIN COUNTRY OF ISSUE

ENTER ALL NON-ENGLISH LANGUAGES YOU SPEAK

| LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE |

### Home Address

STREET

CITY                                                 STATE   ZIP CODE

TELEPHONE

**NOTE:** CAQH will use this method for application follow-up.

E-MAIL

FAX

3076

GOVERNMENT EXHIBIT
**59**
2:19cr189

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

Std. App. v.5.0
Reprinted on 10/31/06

\* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 1 | Personal Information and Professional IDs  (Continued) |
|---|---|

**Professional IDs**

Include all state licenses, DEA Registration and State Controlled Dangerous Substance (CDS) certification numbers.

Provide all current and previous licenses/ certifications.

Non-licensed professionals should enter certification/ registration number in the space provided for license number.

If you have additional Professional IDs to report, use the Professional IDs Supplemental Form on page 19.

FEDERAL DEA NUMBER

DEA ISSUE DATE

DEA STATE OF REGISTRATION

DEA EXPIRATION DATE

CDS CERTIFICATE NUMBER

CDS ISSUE DATE

CDS STATE OF REGISTRATION

CDS EXPIRATION DATE

STATE LICENSE NUMBER

LICENSE ISSUING STATE    LICENSE ISSUE DATE

IF THIS IS A STATE LICENSE, ARE YOU CURRENTLY PRACTICING IN THIS STATE?  ☐ YES  ☐ NO

LICENSE EXPIRATION DATE

Code list is found on page 36; use license status codes. Enter 3-digit code in space provided.

Code list is found on page 36; use provider type codes. Enter 3-digit code in space provided.

LICENSE STATUS CODE    LICENSE TYPE

STATE LICENSE NUMBER

LICENSE ISSUING STATE    LICENSE ISSUE DATE

IF THIS IS A STATE LICENSE, ARE YOU CURRENTLY PRACTICING IN THIS STATE?  ☐ YES  ☐ NO

LICENSE EXPIRATION DATE

Code list is found on page 36; use license status codes. Enter 3-digit code in space provided.

Code list is found on page 36; use provider type codes. Enter 3-digit code in space provided.

LICENSE STATUS CODE    LICENSE TYPE

**Other ID Numbers**

If you have additional Professional IDs to report, use the Professional IDs Supplemental Form on page 19.

ARE YOU A PARTICIPATING MEDICARE PROVIDER?\*  ☐ YES  ☐ NO

MEDICARE NUMBER    UPIN

ARE YOU A PARTICIPATING MEDICAID PROVIDER?\*  ☐ YES  ☐ NO

MEDICAID NUMBER    MEDICAID STATE

NATIONAL PROVIDER IDENTIFICATION (NPI) NUMBER    USMLE NUMBER (WITHOUT HYPHENS)

WORKERS COMPENSATION NUMBER

ECFMG NUMBER (NON-U.S./CANADIAN GRADUATE ONLY)    ECFMG CERTIFICATE ISSUE DATE (NON-U.S./CANADIAN GRADUATE ONLY)

**3077**

| Section 2 | Education and Training |
|---|---|

**Undergraduate School(s)**

Provide the appropriate information for the school that issued your undergraduate degree and all schools attended.

**Professional School(s)**

Provide the appropriate information for the school that issued your professional degree.

Fifth Pathway Graduates please complete the following sections: U.S. School that issued your certificate, the Non-U.S. School where you attended, and the Fifth Pathway institution where you completed your training on Supplemental Page 20.

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

If you have additional Undergraduate or Professional Schools to report, use the Education Supplemental Form on page 20.

## UNDERGRADUATE SCHOOL

OFFICIAL NAME OF UNDERGRADUATE SCHOOL

ADDRESS

CITY                                        STATE        ZIP/POSTAL CODE

COUNTRY CODE                    TELEPHONE                    FAX

START DATE                    END DATE (GRADUATION DATE)            DEGREE AWARDED

DID YOU COMPLETE YOUR UNDERGRADUATE EDUCATION AT THIS SCHOOL?     ☐ YES   ☐ NO

## GRADUATE TYPE*:

☐ U.S. OR CANADIAN GRADUATE     ☐ NON-U.S./CANADIAN GRADUATE     ☐ FIFTH PATHWAY GRADUATE

## PROFESSIONAL/MEDICAL SCHOOL

SCHOOL CODE (U.S./CANADIAN ONLY)        NAME OF U.S./CANADIAN SCHOOL:

ADDRESS

CITY                    STATE        COUNTRY                    POSTAL CODE

START DATE*            END DATE (GRADUATION DATE)*        DEGREE AWARDED

DID YOU COMPLETE YOUR GRADUATE EDUCATION AT THIS SCHOOL?     ☐ YES   ☐ NO

## NON - U.S. OR CANADIAN SCHOOL

OFFICIAL NAME OF NON-U.S. PROFESSIONAL SCHOOL

ADDRESS                                        CITY

COUNTRY            POSTAL CODE            TELEPHONE            FAX

START DATE*            END DATE (GRADUATION DATE)*        DEGREE AWARDED

DID YOU COMPLETE YOUR GRADUATE EDUCATION AT THIS SCHOOL?     ☐ YES   ☐ NO

**3078**

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 2 | Education and Training (Continued) |
|-----------|-----------------------------------|

**Training**

List all training programs you attended. Use one section per institution.

If you have additional post-graduate training programs, use the Supplemental Training Form on page 21.

Please explain on the Supplemental Professional / Work History Gap Form on page 33 any training gap(s) of three (3) months or greater, or any gap(s) of a shorter duration if required by the organization for which you are being credentialed.

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

**AFFILIATED MEDICAL SCHOOL**

**INSTITUTION/HOSPITAL NAME (USE BOTH LINES IF REQUIRED)**

**NUMBER**            **STREET**                                             **SUITE/BUILDING**

**CITY**                                      **STATE**     **ZIP/POSTAL CODE**

**COUNTRY CODE**            **TELEPHONE**                         **FAX**

**DID YOU COMPLETE THIS TRAINING PROGRAM AT THIS INSTITUTION?**     ☐ YES     ☐ NO

**(IF NOT, PLEASE USE THE SPACE BELOW TO EXPLAIN.)**

---

List each department separately, if applicable.

List Internship/ Residency, Fellowship and Other programs separately.

☐ INTERNSHIP/ RESIDENCY     ☐ FELLOWSHIP     ☐ OTHER

          **START DATE**          **END DATE**

**DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)**

**NAME OF DIRECTOR**

☐ INTERNSHIP/ RESIDENCY     ☐ FELLOWSHIP     ☐ OTHER

          **START DATE**          **END DATE**

**DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)**

**NAME OF DIRECTOR**

☐ INTERNSHIP/ RESIDENCY     ☐ FELLOWSHIP     ☐ OTHER

          **START DATE**          **END DATE**

**DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)**

**NAME OF DIRECTOR**

**3080**

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

*Page 04*

Std. App. v.5.0
Reprinted on 10/31/06

SA023

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 3 | Professional / Medical Specialty Information |
|---|---|

## Primary Specialty

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

SPECIALTY CODE

INITIAL CERTIFICATION DATE

BOARD CERTIFIED? ☐ YES ☐ NO

RECERTIFICATION DATE (IF APPLICABLE)

CERTIFYING BOARD CODE

EXPIRATION DATE (IF APPLICABLE)

DO YOU WISH TO BE LISTED IN THE DIRECTORY UNDER THIS SPECIALTY?

HMO ☐ YES ☐ NO

PPO ☐ YES ☐ NO

POS ☐ YES ☐ NO

IF NOT BOARD CERTIFIED (SELECT ONE)

☐ I HAVE TAKEN EXAM, RESULTS PENDING FOR

☐ I INTEND TO SIT FOR AN EXAM ON

☐ I DO NOT INTEND TO TAKE A CERTIFYING BOARD EXAM.

CERTIFYING BOARD CODE

IF YOU INDICATED THAT YOU DID NOT INTEND TO TAKE A CERTIFYING BOARD EXAM, PLEASE USE THE FOLLOWING SPACE TO EXPLAIN, OTHERWISE LEAVE THE SPACE BLANK.

## Secondary Specialty

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

If you have additional Professional / Medical Specialties to report, use the Additional Specialties Supplemental Form on page 22.

SPECIALTY CODE

INITIAL CERTIFICATION DATE

BOARD CERTIFIED? ☐ YES ☐ NO

RECERTIFICATION DATE (IF APPLICABLE)

CERTIFYING BOARD CODE

EXPIRATION DATE (IF APPLICABLE)

DO YOU WISH TO BE LISTED IN THE DIRECTORY UNDER THIS SPECIALTY?

HMO ☐ YES ☐ NO

PPO ☐ YES ☐ NO

POS ☐ YES ☐ NO

IF NOT BOARD CERTIFIED (SELECT ONE)

☐ I HAVE TAKEN EXAM, RESULTS PENDING FOR

☐ I INTEND TO SIT FOR AN EXAM ON

☐ I DO NOT INTEND TO TAKE A CERTIFYING BOARD EXAM.

CERTIFYING BOARD CODE

IF YOU INDICATED THAT YOU DID NOT INTEND TO TAKE A CERTIFYING BOARD EXAM, PLEASE USE THE FOLLOWING SPACE TO EXPLAIN, OTHERWISE LEAVE THE SPACE BLANK.

3081

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

*Page 05*

SA024

Std. App. v.5.0
Reprinted on 10/31/06

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 3 | Professional / Medical Specialty Information (Continued) |
|---|---|

**Certifications**

Do you hold the following certifications? If yes, provide expiration dates.

EXPIRATION DATE

**BASIC LIFE SUPPORT?*** ☐ YES ☐ NO

**CPR?*** ☐ YES ☐ NO

**ADV CARDIAC LIFE SPT?*** ☐ YES ☐ NO

**NEONATAL ADVANCED LIFE SPT?*** ☐ YES ☐ NO

EXPIRATION DATE

**ADV LIFE SUPPORT IN OB?*** ☐ YES ☐ NO

**ADV TRAUMA LIFE SUPPORT?*** ☐ YES ☐ NO

**PEDIATRIC ADVANCED LIFE SPT?*** ☐ YES ☐ NO

**Practice Interests**

Provide additional areas of professional practice interest, activities, procedures, diagnoses or populations.

**Primary Credentialing Contact**

**CHECK HERE TO USE THE OFFICE MANAGER AND ADDRESS OF THE PRIMARY PRACTICE LOCATION AS THE CREDENTIALING INFORMATION.** ☐

**NOTE:**

Even if you checked the boxes above, please provide the e-mail address, if available.

LAST NAME

FIRST NAME                                                                 M.I.

NUMBER          STREET                                        SUITE/BUILDING

CITY                                         STATE     ZIP CODE

TELEPHONE                    FAX

E-MAIL ADDRESS

3082

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 4 | Practice Location Information |
|---|---|

**Primary Practice Location**

NOTE: IF YOU INDICATED THAT YOU PRACTICE EXCLUSIVELY WITHIN THE INPATIENT SETTING ON PAGE 1, YOU ARE ONLY REQUIRED TO COMPLETE THE CREDENTIALING CONTACT QUESTION ABOVE. SECTION 4 MAY BE LEFT BLANK. YOU MAY PROCEED TO SECTION 5 ON PAGE 11.

CURRENTLY PRACTICING AT THIS ADDRESS?*  ☐ YES  ☐ NO    PREVIOUS OR FUTURE START DATE?

If you have additional practice locations, use the Supplemental Practice Location Information Form on pages 25-29.

PHYSICIAN GROUP / PRACTICE NAME TO APPEAR IN DIRECTORY (DO NOT ABBREVIATE)*

NOTE: "General Correspondence" refers to any correspondence that might be sent to the provider that does not solely relate to credentialing or billing information.

GROUP / CORPORATE NAME AS IT APPEARS ON W-9, IF DIFFERENT FROM ABOVE (DO NOT ABBREVIATE)

NUMBER*          STREET*                                    SUITE/BUILDING

CITY*                                              STATE*     ZIP CODE*

SEND GENERAL CORRESPON- DENCE HERE?*  ☐ YES  ☐ NO

**TIP** Your Individual Tax ID is assumed to be your Primary Tax ID unless you specify otherwise to the right.

TELEPHONE*                          FAX

OFFICE E-MAIL ADDRESS

PRIMARY TAX ID (ONE ONLY)*  ☐ USE INDIVIDUAL TAX ID  ☐ USE GROUP TAX ID

INDIVIDUAL TAX ID                  GROUP TAX ID

**Office Manager or Business Office Staff Contact**

List each contact separately. You may use the check boxes below for convenience. Do not write instructions like "see above". These responses will be rejected and will require follow-up.

LAST NAME*

FIRST NAME*                                              M.I.

TELEPHONE*                 FAX

E-MAIL ADDRESS

**Billing Contact**

☐ CHECK HERE TO USE OFFICE MANAGER AND OFFICE ADDRESS AS BILLING INFORMATION

LAST NAME*

FIRST NAME*                                              M.I.

NUMBER*          STREET*                                    SUITE/BUILDING

**NOTE:**

Even if you checked the box above, please provide the E-mail Address of the Billing Contact.

CITY*                                              STATE*     ZIP CODE*

TELEPHONE*                 FAX

E-MAIL ADDRESS

3083

\* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 4 | Practice Location Information (Continued) |
|---|---|

**Payment and Remittance**

ELECTRONIC BILLING CAPABILITIES?\*  ☐ YES  ☐ NO

BILLING DEPARTMENT (IF HOSPITAL-BASED)

YOUR "CHECK PAYABLE TO" INFORMATION SHOULD BE CONSISTENT WITH YOUR W-9.

CHECK PAYABLE TO\*

CHECK HERE TO USE OFFICE MANAGER AND OFFICE ADDRESS AS PAYEE INFORMATION  ☐

LAST NAME\*

FIRST NAME\*                                                                                M.I.

NUMBER\*            STREET\*                                          SUITE/BUILDING

**NOTE:**

Even if you checked the box above, please provide the E-mail Address of the Payee Contact.

CITY\*                                                        STATE\*      ZIP CODE\*

TELEPHONE\*              FAX

E-MAIL ADDRESS

**Office Hours**

(USE HHMM FORMAT AND ROUND TO THE NEAREST HALF-HOUR)

| | START | A=AM P=PM | END | A=AM P=PM | | START | A=AM P=PM | END | A=AM P=PM |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY | | ☐ | | ☐ | FRIDAY | | ☐ | | ☐ |
| TUESDAY | | ☐ | | ☐ | SATURDAY | | ☐ | | ☐ |
| WEDNESDAY | | ☐ | | ☐ | SUNDAY | | ☐ | | ☐ |
| THURSDAY | | ☐ | | ☐ | | | | | |

**NOTE:**

After hours back office telephone will be used only by the health plan and will not be published under any circumstances.

24/7 PHONE COVERAGE?\*  ☐ YES  ☐ NO    IF YES  ☐ ANSWERING SERVICE  ☐ VOICE MAIL WITH INSTRUCTIONS TO CALL ANSWERING SERVICE  ☐ VOICE MAIL WITH OTHER INSTRUCTIONS

AFTER HOURS BACK OFFICE TELEPHONE

**Open Practice Status**

ACCEPT NEW PATIENTS INTO THIS PRACTICE?\*  ☐ YES  ☐ NO          ACCEPT ALL NEW PATIENTS?\*  ☐ YES  ☐ NO

ACCEPT EXISTING PATIENTS WITH CHANGE OF PAYOR?\*  ☐ YES  ☐ NO      ACCEPT NEW MEDICARE PATIENTS?\*  ☐ YES  ☐ NO

ACCEPT NEW PATIENTS WITH PHYSICIAN REFERRAL?\*  ☐ YES  ☐ NO        ACCEPT NEW MEDICAID PATIENTS?\*  ☐ YES  ☐ NO

IF ANY OF THE ABOVE INFORMATION VARIES BY PLAN, EXPLAIN (USE BOTH LINES IF REQUIRED)

ARE THERE ANY PRACTICE LIMITATIONS?\*  ☐ YES  ☐ NO    IF YES

GENDER LIMITATIONS  ☐ MALE ONLY  ☐ NONE  ☐ FEMALE ONLY

AGE LIMITATIONS  MINIMUM AGE  MAXIMUM AGE

LIST OTHER LIMITATIONS

**3084**

**\* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.**

| Section 4 | Practice Location Information (Continued) |
|-----------|-------------------------------------------|

**Mid-Level Practitioners**

**DO MID-LEVEL PRACTITIONERS (NURSE PRACTITIONERS, PHYSICIAN ASSISTANTS, ETC.) CARE FOR PATIENTS IN YOUR PRACTICE?\*** ☐ **YES** ☐ **NO**

**(IF YES, PLEASE PROVIDE THE INFORMATION BELOW)**

PRACTITIONER LAST NAME

PRACTITIONER FIRST NAME        M.I.     PRACTITIONER TYPE (E.G., PA, CNP, NP)

PRACTITIONER LICENSE / CERTIFICATE NUMBER     PRACTITIONER STATE

PRACTITIONER LAST NAME

PRACTITIONER FIRST NAME        M.I.     PRACTITIONER TYPE (E.G., PA, CNP, NP)

PRACTITIONER LICENSE / CERTIFICATE NUMBER     PRACTITIONER STATE

PRACTITIONER LAST NAME

PRACTITIONER FIRST NAME        M.I.     PRACTITIONER TYPE (E.G., PA, CNP, NP)

PRACTITIONER LICENSE / CERTIFICATE NUMBER     PRACTITIONER STATE

PRACTITIONER LAST NAME

PRACTITIONER FIRST NAME        M.I.     PRACTITIONER TYPE (E.G., PA, CNP, NP)

PRACTITIONER LICENSE / CERTIFICATE NUMBER     PRACTITIONER STATE

PRACTITIONER LAST NAME

PRACTITIONER FIRST NAME        M.I.     PRACTITIONER TYPE (E.G., PA, CNP, NP)

PRACTITIONER LICENSE / CERTIFICATE NUMBER     PRACTITIONER STATE

**\* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.**

*Page 09*

Std. App. v.5.0
Reprinted on 10/31/06

SA028

✱ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 4 | Practice Location Information (Continued) |
|---|---|

## Languages

Code lists are found on pages 37. Enter the associated 3-digit code in the space provided.

**LANGUAGES**

NON-ENGLISH LANGUAGES
SPOKEN BY OFFICE PERSONNEL

| | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE |
|---|---|---|---|---|---|

INTERPRETERS AVAILABLE?✱    YES    NO    LANGUAGES INTERPRETED

| | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE | LANGUAGE CODE |
|---|---|---|---|---|

## Accessibilities

DOES THIS OFFICE MEET ADA ACCESSIBILITY REQUIREMENTS?✱    YES    NO

DOES THIS SITE OFFER HANDICAPPED ACCESS FOR THE FOLLOWING

DOES THIS SITE OFFER OTHER SERVICES FOR THE DISABLED?✱    YES    NO

ACCESSIBLE BY PUBLIC TRANSPORTATION?✱    YES    NO

BUILDING?✱    YES    NO          TEXT TELEPHONY (TTY)✱    YES    NO          BUS✱    YES    NO

PARKING?✱    YES    NO          AMERICAN SIGN LANGUAGE✱    YES    NO          SUBWAY✱    YES    NO

RESTROOM?✱    YES    NO          MENTAL/PHYSICAL IMPAIRMENT SERVICES✱    YES    NO          REGIONAL TRAIN✱    YES    NO

OTHER HANDICAPPED ACCESS          OTHER DISABILITY SERVICES          OTHER TRANSPORTATION ACCESS

## Services

Does this location provide any of the following services?

LABORATORY SERVICES?    YES    NO    IF YES, PROVIDE ACCREDITING/ CERTIFYING PROGRAM (E.G., CLIA, COLA, MLE)

RADIOLOGY SERVICES?    YES    NO    IF YES, PROVIDE X-RAY CERTIFICATION TYPE

| | | | |
|---|---|---|---|
| EKGS?    YES    NO | ALLERGY INJECTIONS?    YES    NO | ALLERGY SKIN TESTING?    YES    NO | ROUTINE OFFICE GYNECOLOGY (PELVIC/PAP)?    YES    NO |
| DRAWING BLOOD?    YES    NO | AGE APPROPRIATE IMMUNIZATIONS?    YES    NO | FLEXIBLE SIGMOIDOSCOPY?    YES    NO | TYMPANOMETRY/ AUDIOMETRY SCREENING?    YES    NO |
| ASTHMA TREATMENT?    YES    NO | OSTEOPATHIC MANIPULATION?    YES    NO | IV HYDRATION/ TREATMENT?    YES    NO | CARDIAC STRESS TEST?    YES    NO |
| PULMONARY FUNCTION TESTING?    YES    NO | PHYSICAL THERAPY?    YES    NO | CARE OF MINOR LACERATIONS?    YES    NO | |

IS ANESTHESIA ADMINISTERED IN YOUR OFFICE?    YES    NO    IF YES, WHAT CLASS/CATEGORY DO YOU USE?

IF YES, WHO ADMINISTERS IT?

LAST NAME                                        FIRST NAME

TYPE OF PRACTICE (SELECT ONE ONLY)✱    SOLO PRACTICE    SINGLE SPECIALTY GROUP    MULTI-SPECIALTY GROUP

ADDITIONAL OFFICE PROCEDURES PROVIDED (INCLUDING SURGICAL PROCEDURES)

**3086**

**∗** REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 4 | Practice Location Information (Continued) |
|---|---|

**Partners/ Associates**

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

If you have additional partners/associates at THIS location, use the Partner/Associate Supplemental Form on page 23. Photocopy as necessary. Be certain to check "Primary Location" at the top of the page.

**LIST ALL PARTNERS/ASSOCIATES AT THIS PRACTICE**

LAST NAME                                    SPECIALTY CODE      COVERING COLLEAGUE (Y/N)?

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

LAST NAME                                    SPECIALTY CODE      COVERING COLLEAGUE (Y/N)?

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

LAST NAME                                    SPECIALTY CODE      COVERING COLLEAGUE (Y/N)?

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

**Covering Colleagues**

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

If you have additional covering colleagues that are not partners at THIS location, use the Covering Colleagues Supplemental Form on page 24. Photocopy as necessary. Be certain to check "Primary Location" at the top of the page.

**LIST ALL COVERING COLLEAGUES THAT ARE NOT PARTNERS/ASSOCIATES AT THIS PRACTICE**

LAST NAME                                    SPECIALTY CODE

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

LAST NAME                                    SPECIALTY CODE

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

LAST NAME                                    SPECIALTY CODE

FIRST NAME                          M.I.     PROVIDER TYPE (CODE PG 36)

| Section 5 | Hospital Affiliations |
|---|---|

**Admitting Arrangements**

DO YOU HAVE HOSPITAL PRIVILEGES?∗   ☐ YES   ☐ NO     IF YOU DO NOT ADMIT PATIENTS, WHAT TYPE OF ADMITTING ARRANGEMENTS DO YOU HAVE?

**3087**

∗ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

11

SA030

*Page 11*

Std. App. v.5.0
Reprinted on 10/31/06

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 5 | Hospital Affiliations (Continued) |
|---|---|

**Hospital Privileges**

If applicable, list all hospital affiliations. List primary hospital, then other current affiliations, followed by previous affiliations in chronological order.

If you have additional hospital privileges, use the Supplemental Hospital Privileges Form on page 30.

**TIP** Be certain your admission percentages add up to 100% for current hospitals. Otherwise, you will have to correct this error.

**PRIMARY HOSPITAL**

HOSPITAL NAME

NUMBER STREET                                           SUITE/BUILDING

CITY                                                    STATE        ZIP CODE

TELEPHONE                          FAX

DEPARTMENT NAME

DEPARTMENT DIRECTOR'S LAST NAME

DEPARTMENT DIRECTOR'S FIRST NAME                                              M.I.

FULL, UNRESTRICTED PRIVILEGES?  ☐ YES  ☐ NO    ARE PRIVILEGES TEMPORARY?  ☐ YES  ☐ NO

AFFILIATION START DATE          AFFILIATION END DATE

OF YOUR TOTAL ANNUAL ADMISSIONS, WHAT PERCENTAGE IS TO THIS HOSPITAL?            %

ADMITTING PRIVILEGE STATUS (E.G. NONE, FULL UNRESTRICTED, PROVISIONAL, TEMPORARY)

**OTHER HOSPITAL**

HOSPITAL NAME

NUMBER STREET                                           SUITE/BUILDING

CITY                                                    STATE        ZIP CODE

TELEPHONE                          FAX

DEPARTMENT NAME

DEPARTMENT DIRECTOR'S LAST NAME

DEPARTMENT DIRECTOR'S FIRST NAME                                              M.I.

FULL, UNRESTRICTED PRIVILEGES?  ☐ YES  ☐ NO    ARE PRIVILEGES TEMPORARY?  ☐ YES  ☐ NO

AFFILIATION START DATE          AFFILIATION END DATE

OF YOUR TOTAL ANNUAL ADMISSIONS, WHAT PERCENTAGE IS TO THIS HOSPITAL?            %

ADMITTING PRIVILEGE STATUS (E.G. NONE, FULL UNRESTRICTED, PROVISIONAL, TEMPORARY)

PLEASE EXPLAIN TERMINATED AFFILIATION

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

*Page 12*

Std. App. v.5.0
Reprinted on 10/31/06

SA031

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

## Section 6 — Professional Liability Insurance Carrier

**Professional Liability Insurance Carrier**

**IMPORTANT**
IF YOU DO NOT CARRY MALPRACTICE INSURANCE, CHECK THIS BOX AND SKIP THIS SECTION.

SELF-INSURED?* ☐ YES ☐ NO

CARRIER OR SELF-INSURED NAME*

NUMBER*     STREET*     SUITE/BUILDING

CITY*     STATE*     ZIP CODE*

TYPE OF COVERAGE?* ☐ INDIVIDUAL ☐ SHARED

ORIGINAL EFFECTIVE DATE*     EFFECTIVE DATE*     EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER?* ☐ YES ☐ NO

$ _____ AMOUNT OF COVERAGE PER OCCURRENCE     $ _____ AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE? ☐ YES ☐ NO

POLICY NUMBER*

**Professional Liability Insurance Carrier**

List other current, future, or previous carrier(s) if current carrier is less than ten (10) years.

NOTE: A longer period may be required by your healthcare entity.

If you have additional Insurance, use the Supplemental Insurance Form on page 31.

SELF-INSURED? ☐ YES ☐ NO

CARRIER OR SELF-INSURED NAME

NUMBER*     STREET*     SUITE/BUILDING

CITY*     STATE*     ZIP CODE*

TYPE OF COVERAGE?* ☐ INDIVIDUAL ☐ SHARED

ORIGINAL EFFECTIVE DATE*     EFFECTIVE DATE*     EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER? ☐ YES ☐ NO

$ _____ AMOUNT OF COVERAGE PER OCCURRENCE     $ _____ AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE? ☐ YES ☐ NO

POLICY NUMBER*

## Section 7 — Work History and References

**Military Duty**

Are you currently on active military duty or military reserve?* ☐ YES ☐ NO

**Work History**

Include a chronological work history for the past 10 years.

A longer period may be required by your healthcare entity.

If you have additional work history, use the Supplemental Work History Form on page 32.

WORK HISTORY

PRACTICE / EMPLOYER NAME

NUMBER     STREET     SUITE/BUILDING

CITY     STATE     ZIP/POSTAL CODE

3089

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

13

Page 13

Std. App. v.5.0
Reprinted on 10/31/06

SA032

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 7 | Work History and References (Continued) |
|---|---|

**Work History**

Do not list current positions. Those should be listed in Section 4.

Include a chronological work history for the past 10 years.

A longer period may be required by your healthcare entity

If you have additional work history, use the Supplemental Work History Form on page 32.

TELEPHONE                                             FAX

COUNTRY CODE        START DATE                        END DATE

REASON FOR DEPARTURE (IF APPLICABLE)

**WORK HISTORY**

PRACTICE / EMPLOYER NAME

NUMBER            STREET                                              SUITE/BUILDING

CITY                                          STATE      ZIP/POSTAL CODE

TELEPHONE                                             FAX

COUNTRY CODE        START DATE                        END DATE

REASON FOR DEPARTURE (IF APPLICABLE)

**WORK HISTORY**

PRACTICE / EMPLOYER NAME

NUMBER            STREET                                              SUITE/BUILDING

CITY                                          STATE      ZIP/POSTAL CODE

TELEPHONE                                             FAX

COUNTRY CODE        START DATE                        END DATE

REASON FOR DEPARTURE (IF APPLICABLE)

**3090**

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

14

*Page 14*

Std. App. v.5.0
Reprinted on 10/31/06

SA033

✱ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 7 | Work History and References (Continued) |
|---|---|

**Gaps in Professional / Work History**

PLEASE EXPLAIN ANY TIME PERIODS OR GAPS IN TRAINING OR WORK HISTORY THAT HAVE OCCURRED SINCE GRADUATION FROM PROFESSIONAL SCHOOL AND ARE LONGER THAN THREE MONTHS IN DURATION OR OF A SHORTER DURATION IF REQUIRED BY THE ORGANIZATION FOR WHICH YOU ARE BEING CREDENTIALED.

GAP START DATE            GAP END DATE

If you have additional professional / work history gaps, use the Supplemental Professional Work History Gaps Form on page 33.

---

**Professional References**

Provide three professional references to whom you are not related or are not partners in your practice.

Code lists are found on pages 36-43. Enter the associated 3-digit code for provider type.

**NOTE:**

You are required to provide exactly 3 references. Your application will not be complete without this information.

Please check with credentialing entity for any special requirements.

LAST NAME*

FIRST NAME*            PROVIDER TYPE (CODE PG 36)

NUMBER*            STREET*            APT/SUITE/BUILDING

CITY*            STATE*            ZIP CODE*

TELEPHONE            FAX

---

LAST NAME*

FIRST NAME*            PROVIDER TYPE (CODE PG 36)

NUMBER*            STREET*            APT/SUITE/BUILDING

CITY*            STATE*            ZIP CODE*

TELEPHONE            FAX

---

LAST NAME*

FIRST NAME*            PROVIDER TYPE (CODE PG 36)

NUMBER*            STREET*            APT/SUITE/BUILDING

CITY*            STATE*            ZIP CODE*

TELEPHONE            FAX

3091

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 8 | Disclosure Questions |
|---|---|

**Disclosure Questions**

Answer all questions. For any "Yes" response, provide an explanation on the Supplemental Disclosure Question Explanation Form on page 34.

**Allied Health Providers**

If you are an Allied Health Provider and you do not believe a question is applicable to you, you should answer the question "NO".

**LICENSURE**

1. ☐ YES ☐ NO  Has your license, registration or certification to practice in your profession, ever been voluntarily or involuntarily relinquished, denied, suspended, revoked, restricted, or have you ever been subject to a fine, reprimand, consent order, probation or any conditions or limitations by any state or professional licensing, registration or certification board?*

2. ☐ YES ☐ NO  Has there been any challenge to your licensure, registration or certification?*

**HOSPITAL PRIVILEGES AND OTHER AFFILIATIONS**

3. ☐ YES ☐ NO  Have your clinical privileges or medical staff membership at any hospital or healthcare institution, voluntarily or involuntarily, ever been denied, suspended, revoked, restricted, denied renewal or subject to probationary or to other disciplinary conditions (for reasons other than non-completion of medical record when quality of care was not adversely affected) or have proceedings toward any of those ends been instituted or recommended by any hospital or healthcare institution, medical staff or committee, or governing board?*

4. ☐ YES ☐ NO  Have you voluntarily or involuntarily surrendered, limited your privileges or not reapplied for privileges while under investigation?*

5. ☐ YES ☐ NO  Have you ever been terminated for cause or not renewed for cause from participation, or been subject to any disciplinary action, by any managed care organizations (including HMOs, PPOs, or provider organizations such as IPAs, PHOs)?*

**EDUCATION, TRAINING AND BOARD CERTIFICATION**

6. ☐ YES ☐ NO  Were you ever placed on probation, disciplined, formally reprimanded, suspended or asked to resign during an internship, residency, fellowship, preceptorship or other clinical education program?  If you are currently in a training program, have you been placed on probation, disciplined, formally reprimanded, suspended or asked to resign?*

7. ☐ YES ☐ NO  Have you ever, while under investigation or to avoid an investigation, voluntarily withdrawn or prematurely terminated your status as a student or employee in any internship, residency, fellowship, preceptorship, or other clinical education program?*

8. ☐ YES ☐ NO  Have any of your board certifications or eligibility ever been revoked?*

9. ☐ YES ☐ NO  Have you ever chosen not to re-certify or voluntarily surrendered your board certification(s) while under investigation?*

**DEA OR STATE CONTROLLED SUBSTANCE REGISTRATION**

10. ☐ YES ☐ NO  Have your Federal DEA and/or State Controlled Dangerous Substances (CDS) certificate(s) or authorization(s) ever been challenged, denied, suspended, revoked, restricted, denied renewal, or voluntarily or involuntarily relinquished?*

**MEDICARE, MEDICAID OR OTHER GOVERNMENTAL PROGRAM PARTICIPATION**

11. ☐ YES ☐ NO  Have you ever been disciplined, excluded from, debarred, suspended, reprimanded, sanctioned, censured, disqualified or otherwise restricted in regard to participation in the Medicare or Medicaid program, or in regard to other federal or state governmental healthcare plans or programs?*

**OTHER SANCTIONS OR INVESTIGATIONS**

12. ☐ YES ☐ NO  Are you currently the subject of an investigation by any hospital, licensing authority, DEA or CDS authorizing entities, education or training program, Medicare or Medicaid program, or any other private, federal or state health program or a defendant in any civil action that is reasonably related to your qualifications, competence, functions, or duties as a medical professional for alleged fraud, an act of violence, child abuse or a sexual offense or sexual misconduct?*

13. ☐ YES ☐ NO  To your knowledge, has information pertaining to you ever been reported to the National Practitioner Data Bank or Healthcare Integrity and Protection Data Bank?*

14. ☐ YES ☐ NO  Have you ever received sanctions from or are you currently the subject of investigation by any regulatory agencies (e.g., CLIA, OSHA, etc.)?*

15. ☐ YES ☐ NO  Have you ever been convicted of, pled guilty to, pled nolo contendere to, sanctioned, reprimanded, restricted, disciplined or resigned in exchange for no investigation or adverse action within the last ten years for sexual harassment or other illegal misconduct?*

16. ☐ YES ☐ NO  Are you currently being investigated or have you ever been sanctioned, reprimanded, or cautioned by a military hospital, facility, or agency, or voluntarily terminated or resigned while under investigation or in exchange for no investigation by a hospital or healthcare facility of any military agency?*

**PROFESSIONAL LIABILITY INSURANCE INFORMATION AND CLAIMS HISTORY**

17. ☐ YES ☐ NO  Has your professional liability coverage ever been cancelled, restricted, declined or not renewed by the carrier based on your individual liability history?*

18. ☐ YES ☐ NO  Have you ever been assessed a surcharge, or rated in a high-risk class for your specialty, by your professional liability insurance carrier, based on your individual liability history?*

3092

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

16

Page 16

Std. App. v.5.0
Reprinted on 10/31/06

SA035

✱ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 8 | Disclosure Questions (Continued) |
|---|---|

**Disclosure Questions**

Answer all questions. For any "Yes" response, provide an explanation on the Supplemental Disclosure Question Explanation Form on page 34.

IMPORTANT
If you answered "Yes" to **question #19**, you must complete the Supplemental Malpractice Claims Explanation Form on page 35 for each malpractice claim.

**MALPRACTICE CLAIMS HISTORY**

19. ☐ YES ☐ NO  Have you had any professional liability actions (pending, settled, arbitrated, mediated or litigated) within the past 10 years?✱ If yes, provide information for each case.

**CRIMINAL/CIVIL HISTORY**

20. ☐ YES ☐ NO  Have you ever been convicted of, pled guilty to, or pled nolo contendere to any felony?✱

21. ☐ YES ☐ NO  In the past ten years have you been convicted of, pled guilty to, or pled nolo contendere to any misdemeanor (excluding minor traffic violations) or been found liable or responsible for any civil offense that is reasonably related to your qualifications, competence, functions, or duties as a medical professional, or for fraud, an act of violence, child abuse or a sexual offense or sexual misconduct?✱

22. ☐ YES ☐ NO  Have you ever been court-martialed for actions related to your duties as a medical professional?✱

Note: A criminal record will not necessarily be a bar to acceptance. Decisions will be made by each health plan or credentialing organization based upon all the relevant circumstances, including the nature of the crime.

**ABILITY TO PERFORM JOB**

23. ☐ YES ☐ NO  Are you currently engaged in the illegal use of drugs?✱
("Currently" means sufficiently recent to justify a reasonable belief that the use of drugs may have an ongoing impact on one's ability to practice medicine. It is not limited to the day of, or within a matter of days or weeks before the date of application, rather that it has occurred recently enough to indicate the individual is actively engaged in such conduct. "Illegal use of drugs" refers to drugs whose possession or distribution is unlawful under the Controlled Substances Act, 21 U.S.C. § 812.22. It "does not include the use of a drug taken under supervision by a licensed health care professional, or other uses authorized by the Controlled Substances Act or other provision of Federal law." The term does include, however, the unlawful use of prescription controlled substances.)

24. ☐ YES ☐ NO  Do you use any chemical substances that would in any way impair or limit your ability to practice medicine and perform the functions of your job with reasonable skill and safety?✱

25. ☐ YES ☐ NO  Do you have any reason to believe that you would pose a risk to the safety or well being of your patients?✱

26. ☐ YES ☐ NO  Are you unable to perform the essential functions of a practitioner in your area of practice even with reasonable accommodation?✱

3093

✱ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

17

*Page 17*

Std. App. v.5.0
Reprinted on 10/31/06

SA036

# Other Training
# Supplemental Form

★ REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 2 | Education and Training |
|-----------|------------------------|

**Training**

List all postgraduate training programs you attended. Use one section per institution.

If you need to report additional Training, photocopy this page as needed and submit as instructed.

Code lists are found on pages 36-43. Enter the associated 3-digit code in the space provided.

AFFILIATED MEDICAL SCHOOL

INSTITUTION/HOSPITAL NAME (USE BOTH LINES IF REQUIRED)

ADDRESS

CITY

STATE

POSTAL CODE

COUNTRY

TELEPHONE

FAX

DID YOU COMPLETE THIS TRAINING PROGRAM AT THIS INSTITUTION? ☐ YES ☐ NO
(IF NOT, PLEASE USE THE SPACE BELOW TO EXPLAIN.)

List each department separately, if applicable.

List Internship/ Residency, Fellowship and Other programs separately.

☐ INTERNSHIP/ RESIDENCY   ☐ FELLOWSHIP   ☐ OTHER

START DATE

END DATE

DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)

NAME OF DIRECTOR

AFFILIATED MEDICAL SCHOOL

INSTITUTION/HOSPITAL NAME (USE BOTH LINES IF REQUIRED)

ADDRESS

CITY

STATE

POSTAL CODE

COUNTRY

TELEPHONE

FAX

DID YOU COMPLETE THIS TRAINING PROGRAM AT THIS INSTITUTION? ☐ YES ☐ NO
(IF NOT, PLEASE USE THE SPACE BELOW TO EXPLAIN.)

List each department separately, if applicable.

List Internship/ Residency, Fellowship and Other programs separately.

☐ INTERNSHIP/ RESIDENCY   ☐ FELLOWSHIP   ☐ OTHER

START DATE

END DATE

DEPARTMENT/SPECIALTY (DO NOT ABBREVIATE)

NAME OF DIRECTOR

★ REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

# Professional Liability Insurance Carrier
## Supplemental Form

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 6 | Professional Liability Insurance Carrier |
|---|---|

**Other Professional Liability Insurance Carrier**

List secondary / second layer / future or previous carrier(s).

For second layer coverage list name of hospital/organization providing coverage

SELF-INSURED?  ☐ YES  ☐ NO

CARRIER OR SELF-INSURED NAME

NUMBER*                STREET*                                    SUITE/BUILDING

CITY*                                                STATE*        ZIP CODE*

TYPE OF COVERAGE?*  ☐ INDIVIDUAL  ☐ SHARED

ORIGINAL EFFECTIVE DATE*     EFFECTIVE DATE*             EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER?  ☐ YES  ☐ NO

$                                        $

AMOUNT OF COVERAGE PER OCCURRENCE     AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE?  ☐ YES  ☐ NO

POLICY NUMBER*

**Other Professional Liability Insurance Carrier**

List secondary / second layer / future or previous carrier(s).

For second layer coverage list name of hospital/organization providing coverage

If you need additional space for Insurance Coverage, photocopy this page as needed and submit as instructed.

SELF-INSURED?  ☐ YES  ☐ NO

CARRIER OR SELF-INSURED NAME

NUMBER*                STREET*                                    SUITE/BUILDING

CITY*                                                STATE*        ZIP CODE*

TYPE OF COVERAGE?*  ☐ INDIVIDUAL  ☐ SHARED

ORIGINAL EFFECTIVE DATE*     EFFECTIVE DATE*             EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER?  ☐ YES  ☐ NO

$                                        $

AMOUNT OF COVERAGE PER OCCURRENCE     AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE?  ☐ YES  ☐ NO

POLICY NUMBER*

* REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

19

SA038

*Page 31*

Std. App. v.5.0
Reprinted on 10/31/06

# Professional Liability Insurance Carrier
## Supplemental Form

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 6 | Professional Liability Insurance Carrier |
|---|---|

**Other Professional Liability Insurance Carrier**

List secondary / second layer / future or previous carrier(s).

For second layer coverage list name of hospital/organization providing coverage

SELF-INSURED?  ☐ YES  ☐ NO

CARRIER OR SELF-INSURED NAME

NUMBER*          STREET*                                    SUITE/BUILDING

CITY*                                          STATE*      ZIP CODE*

TYPE OF COVERAGE?*  ☐ INDIVIDUAL  ☐ SHARED

ORIGINAL EFFECTIVE DATE*      EFFECTIVE DATE*          EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER?  ☐ YES  ☐ NO

$ _____ AMOUNT OF COVERAGE PER OCCURRENCE    $ _____ AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE?  ☐ YES  ☐ NO

POLICY NUMBER*

**Other Professional Liability Insurance Carrier**

List secondary / second layer / future or previous carrier(s).

For second layer coverage list name of hospital/organization providing coverage

If you need additional space for Insurance Coverage, photocopy this page as needed and submit as instructed.

SELF-INSURED?  ☐ YES  ☐ NO

CARRIER OR SELF-INSURED NAME

NUMBER*          STREET*                                    SUITE/BUILDING

CITY*                                          STATE*      ZIP CODE*

TYPE OF COVERAGE?*  ☐ INDIVIDUAL  ☐ SHARED

ORIGINAL EFFECTIVE DATE*      EFFECTIVE DATE*          EXPIRATION DATE

DO YOU HAVE UNLIMITED COVERAGE WITH THIS INSURANCE CARRIER?  ☐ YES  ☐ NO

$ _____ AMOUNT OF COVERAGE PER OCCURRENCE    $ _____ AMOUNT OF COVERAGE AGGREGATE

POLICY INCLUDES TAIL COVERAGE?  ☐ YES  ☐ NO

POLICY NUMBER*

3106

★ REQUIRED RESPONSE. NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

SA039

*Page 31*

Std. App. v.5.0
Reprinted on 10/31/06

# Disclosure Questions
## Supplemental Form

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 8 | Disclosure Questions |
|---|---|

**Disclosure Questions**

Use this form to report any "Yes" response to one or more of the Disclosure Questions in Section 8. Your response should not exceed the spaces provided.

Record the question number in the first column, then your explanation in the second column.

If you need additional space to explain a Yes response, photocopy this page as needed and submit as instructed.

QUESTION #     EXPLANATION

QUESTION #     EXPLANATION

QUESTION #     EXPLANATION

3109

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

21

*Page 34*

Std. App. v.5.0
Reprinted on 10/31/06

# Disclosure Questions
## Supplemental Form

*REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.*

| Section 8 | Disclosure Questions |
|---|---|

**Disclosure Questions**

Use this form to report any "Yes" response to one or more of the Disclosure Questions in Section 8. Your response should not exceed the spaces provided.

Record the question number in the first column, then your explanation in the second column.

If you need additional space to explain a Yes response, photocopy this page as needed and submit as instructed.

**QUESTION #**    **EXPLANATION**

**QUESTION #**    **EXPLANATION**

**QUESTION #**    **EXPLANATION**

3109

# Malpractice Claims Explanation
## Supplemental Form

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 8 | Malpractice Claims Explanation |
| --- | --- |

**Malpractice Claims Explanation**

Use this form to report any "Yes" response to Disclosure Question #19.

If you need additional space to explain a Yes response, photocopy this page as needed and submit as instructed.

DATE OF OCCURRENCE*

DATE CLAIM WAS FILED*

STATUS OF CLAIM* (NOTE: IF CASE IS PENDING, SELECT OPEN)

☐ OPEN    ☐ CLOSED

IF SETTLED, ENTER DATE CLAIM WAS SETTLED

PROFESSIONAL LIABILITY CARRIER INVOLVED* (USE BOTH LINES IF NECESSARY)

NUMBER*    STREET*    SUITE/BUILDING

CITY*    STATE*    ZIP CODE*

TELEPHONE    POLICY NUMBER

$

METHOD OF RESOLUTION?*    ☐ DISMISSED    ☐ SETTLED    ☐ MEDIATION    ☐ ARBITRATION

AMOUNT OF AWARD OR SETTLEMENT*    ☐ JUDGMENT FOR DEFENDANT(S)    ☐ JUDGMENT FOR PLAINTIFF(S)

DESCRIPTION OF ALLEGATIONS* (USE ALL FOUR LINES BELOW, IF NECESSARY)

WERE YOU THE PRIMARY DEFENDANT OR CO-DEFENDANT?*    ☐ PRIMARY DEFENDANT    ☐ CO-DEFENDANT    NUMBER OF OTHER CO-DEFENDANTS (IF ANY)

YOUR INVOLVEMENT IN CASE* (ATTENDING, CONSULTING, ETC)

DESCRIPTION OF ALLEGED INJURY TO THE PATIENT (USE ALL FOUR LINES BELOW, IF NECESSARY)

DID THE ALLEGED INJURY RESULT IN DEATH?    ☐ YES    ☐ NO

TO THE BEST OF YOUR KNOWLEDGE, IS THE CASE INCLUDED IN THE NATIONAL PRACTITIONER DATA BANK (NPDB)?*    ☐ YES    ☐ NO

3110

# Malpractice Claims Explanation
## Supplemental Form

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

| Section 8 | Malpractice Claims Explanation |
|---|---|

**Malpractice Claims Explanation**

Use this form to report any "Yes" response to Disclosure Question #19.

If you need additional space to explain a Yes response, photocopy this page as needed and submit as instructed.

DATE OF OCCURRENCE*

DATE CLAIM WAS FILED*

STATUS OF CLAIM* (NOTE: IF CASE IS PENDING, SELECT OPEN)

☐ OPEN    ☐ CLOSED

IF SETTLED, ENTER DATE CLAIM WAS SETTLED

PROFESSIONAL LIABILITY CARRIER INVOLVED* (USE BOTH LINES IF NECESSARY)

NUMBER*    STREET*    SUITE/BUILDING

CITY*    STATE*    ZIP CODE*

TELEPHONE    POLICY NUMBER

$    METHOD OF RESOLUTION?*    ☐ DISMISSED    ☐ SETTLED    ☐ MEDIATION    ☐ ARBITRATION

AMOUNT OF AWARD OR SETTLEMENT*    ☐ JUDGMENT FOR DEFENDANT(S)    ☐ JUDGMENT FOR PLAINTIFF(S)

DESCRIPTION OF ALLEGATIONS* (USE ALL FOUR LINES BELOW, IF NECESSARY)

WERE YOU THE PRIMARY DEFENDANT OR CO-DEFENDANT?*    ☐ PRIMARY DEFENDANT    ☐ CO-DEFENDANT    NUMBER OF OTHER CO-DEFENDANTS (IF ANY)

YOUR INVOLVEMENT IN CASE* (ATTENDING, CONSULTING, ETC)

DESCRIPTION OF ALLEGED INJURY TO THE PATIENT (USE ALL FOUR LINES BELOW, IF NECESSARY)

DID THE ALLEGED INJURY RESULT IN DEATH?    ☐ YES    ☐ NO

TO THE BEST OF YOUR KNOWLEDGE, IS THE CASE INCLUDED IN THE NATIONAL PRACTITIONER DATA BANK (NPDB)?*    ☐ YES    ☐ NO

3110

* REQUIRED RESPONSE (IF THIS PAGE IS USED). NO RESPONSE MAY CAUSE PROCESSING DELAYS AND REQUIRE FOLLOW-UP.

24

*Page 35*

Std. App. v.5.0
Reprinted on 10/31/06

SA043

Provider:

Provider CAQH ID:

Date Generated:

Last Attestation Date:

**<u>List of Authorized Plans</u>**

Note: Please refer to the online CAQH Proview for the most current version.

SA044



FILED
IN OPEN COURT

AUG 24 1995

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA )
                       )
       v.            )
                       )
JAVAID A. PERWAIZ,       )
                       )
                 )
           Defendant.     )

Criminal No. 2:95cv135

26 USC § 7206(1)
(Signing and filing false
tax returns)

INDICTMENT

August 1995 Term – At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

Introduction

For the time period relevant to this Indictment:

A.     JAVAID A. PERWAIZ is and was a licensed medical doctor whose practice was primarily in the field of obstetrics and gynecology (OB/GYN).

B.     JAVAID A. PERWAIZ formed a corporation in 1978 and operated his medical practice under the name JAVAID PERWAIZ, M.D., P.C.

C.     PERWAIZ maintained two medical offices. The primary office was located at 3003 Churchland Boulevard, Chesapeake, Virginia. The second office was

GOVERNMENT
EXHIBIT
152A
2:19cr189

SA045

located at 109 Wimbledon Square, Chesapeake, Virginia.

D.   PERWAIZ maintained residences at 3010
Sterling Point, Portsmouth, VA and 340 Millstone Road,
Chesapeake, VA  23320.

E.   JAVAID PERWAIZ made a number of personal
purchases and expenditures that were paid for by the
corporation.  In many instances PERWAIZ was provided by
his tax return preparer on a periodic basis, usually
monthly, a list of purchases/expenditures and was asked
to classify them as either business or personal.
PERWAIZ would periodically review these lists and then
classify them as requested.  PERWAIZ falsely classified
many personal expenditures as business.  These business
expenditures were then either expensed or depreciated
by the corporation, and then deducted on the corporate
tax return.

Some of the personal expenditures that were
classified by PERWAIZ as business included the
following:

1.   a.   On or about February 17, 1989, PERWAIZ
purchased a new 1989 Ferrari 328 for $89,942.83.
PERWAIZ made a $5,000 down payment.  PERWAIZ paid the
balance of $84,942.83 with a cashier's check from the

- 2 -

corporation's money market account. PERWAIZ later classified the $84,942.83 purchase as a business expense.

      b.   During the preparation of the corporation's tax return for the period August 1, 1988 – July 31, 1989, PERWAIZ provided, and caused to be provided, to his tax return preparer, information that the $84,942.83 was for the purchase of medical equipment, specifically, ultrasound, hystroscope and colposcope machines.

    2.   a.   On or about August 1, 1988, PERWAIZ obtained a cashier's check for $26,120.65 from the corporation's money market account payable to Riggs National Bank to satisfy a loan from Riggs for PERWAIZ's personal purchase of a 1986 Mercedes Benz 560SL sports car.

      b.   This check was classified by PERWAIZ to his return preparer as a business expense, specifically, "Bus. malpractice ins. & tail coverage." Based on this classification the accountant deducted these payments on the corporation's tax return as insurance expenses.

    3.   a.   On or about August 1, 1988, PERWAIZ

- 3 -

obtained a cashier's check for $11,496.89 from the
corporation's money market account payable to
Chesapeake Bank and Trust to satisfy a loan by PERWAIZ
to purchase an office at 109 Wimbledon Square in
Chesapeake, Virginia.  While this office was used by
PERWAIZ in his medical practice, the property was
titled in PERWAIZ's name and leased by him to his
corporation.

      b.    This check was classified by PERWAIZ to
his return preparer as "Bus. malpractice ins. & tail
coverage," and as a result, deducted on the
corporation's tax return as an insurance expense.

    4.   a.   On or about August 24, 1988 and August
29, 1988, PERWAIZ obtained cashier's checks for
$27,919.16 and $7,852.86 from the corporation's money
market account.  These checks were used to pay a law
firm and to pay legal fees and court costs in
connection with the settlement of a civil judgement
against PERWAIZ personally for defaulting on a loan.
The civil judgement was not related to the corporation.

      b.   These payments were classified by
PERWAIZ to his return preparer as "Bus. malpractice
ins. & tail coverage" and "Bus. Insurance,"

- 4 -

SA048

respectively. Based on the classification by PERWAIZ
the return preparer deducted these payments on the
corporation's tax return as insurance expenses.

c.    Thus, during 1988 and 1989, PERWAIZ obtained five
cashiers checks from the corporation's money market account which
were misclassified as business expenses.

| | Amount | Date | Item | Classification |
|---|---|---|---|---|
| 1. | $84,942.83 | 2-17-89 | Ferrari 328 | business; ultrasound, hystroscope, colposcope |
| 2. | $26,120.65 | 8-1-88 | Mercedes 560SL | business malpractice insurance and tail coverage |
| 3. | $11,496.89 | 8-1-88 | office | business malpractice insurance and tail coverage |
| 4. | $27,919.16 | 8-24-88 | personal judgment | business malpractice insurance and tail coverage |
| 5. | $7,852.86 $158,343.39 | 8-29-88 | fees and court costs in personal judgment | business insurance |

5.    PERWAIZ also purchased with corporate funds a number of
items, including but not limited to, expensive oriental rugs,
china, porcelain fixtures, jewelry, furniture, stereo equipment,
paintings, drapes, and clothes, including lingerie, shoes, suits,

- 5 -

SA049

ties and dresses, which he classified as business items, when in fact these items were personal purchases.

- 6 -

THE GRAND JURY FURTHER CHARGES THAT:

### COUNT 2

On or about August 15, 1990, in the Eastern
District of Virginia, and elsewhere, JAVAID A. PERWAIZ,
defendant, willfully made, and signed, and subscribed,
and filed, a United States Individual Income Tax
Return, Form 1040, for the calendar year 1989 for
JAVAID PERWAIZ, which return contains a written
verification that it is made under the penalties of
perjury, and which return he did not believe to be true
and correct as to every material matter as follows.

     1.  On line 31, for adjusted gross income,
the return reported $438,633.

     2.  On line 37, for taxable income, the
return reported $296,787.

     3.  On line 53, for total tax, the return
reported $83,660.

As the defendant well knew and believed, he made
additional personal expenditures which were paid by the
corporation, JAVAID PERWAIZ, M.D., P.C., and deducted,
or in some instances depreciated, by the corporation on
its Form 1120, as business expenses.  These personal
expenditures were not reported by the defendant as

- 9 -

income on his Form 1040.  Thus, as the defendant well knew and believed, his Form 1040 for 1989 was false and fraudulent as to one or more of the following lines in that it understated adjusted gross income on line 31, taxable income on line 37, and tax on line 53.


(In violation of Title 26 United States Code Section 7206(1).)

- 10 -

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT 5

On or about February 22, 1990, in the Eastern District of Virginia, and elsewhere, JAVAID A. PERWAIZ, defendant, willfully made, and signed, and subscribed, and filed, a United States Corporation Income Tax Return, Form 1120, for the period August 1, 1989 to December 31, 1989 for JAVAID PERWAIZ, M.D., P.C., which return contains a written verification that it is made under the penalties of perjury, and which return he did not believe to be true and correct as to every material matter as follows.

    1.   On line 12, for compensation of officers, the return reported $243,500.

    2.   On line 26, for other deductions, the return reported $129,763.

    3.   On Form 4562, entitled Depreciation and Amortization, on line 12 the return claimed depreciation of $31,539.

    4.   On a document attached to the tax return entitled "Detail Schedule," the $31,539 from Form 4562 was included in the category "other costs" for a total of $52,984.

- 17 -

5.    On Schedule A, line 4b, other costs, the return reported $52,984.

6.    On line 2 of page one of the Form 1120, costs of goods sold and/or operations, the return claimed a deduction of $52,984.

As the defendant well knew and believed one or more of the following lines on the tax return, Form 1120, were false and fraudulent in that it,

1.    understated compensation on line 12;

2.    overstated deductions on line 26;

3.    overstated depreciation on Form 4562. This overstated depreciation included depreciation for purported ultrasound, hystroscope and colposcope machines in the amount of approximately $9,992 which in reality was a Ferrari sports car;

4.    overstated depreciation on Schedule A, line 4b; and,

5.    overstated line 2, costs of good sold by including the false depreciation for the Ferrari.

(In violation of Title 26 United States Code Section 7206(1).)

- 18 -

SA054

A TRUE BILL:

FOREPERSON, UNITED STATES GRAND JURY


HELEN F. FAHEY
UNITED STATES ATTORNEY


By: David G. Barger
    Assistant United States Attorney
    Va. Bar No. 21652


By: Charles P. Rosenberg
    Assistant United States Attorney


- 21 -

**Certificate of Service**

I certify that on July 24, 2023, I filed electronically the foregoing brief with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By:     <u>           /s/            </u>

Elizabeth M. Yusi
Assistant United States Attorney
Eastern District of Virginia
101 West Main Street
8000 World Trade Center
Norfolk, Virginia 23510
(757) 441-6331
elizabeth.yusi@usdoj.gov